**B22A (Official Form 22A) (Chapter 7) (04/10)**

In re: **Lundstrom, Eric Lee**
_____
Debtor(s)

Case Number: _____
(If known)

According to the information required to be entered on this statement (check one box as directed in Part I, III, or VI of this statement):

☐ **The presumption arises**

☐ **The presumption does not arise**

☐ **The presumption is temporarily inapplicable.**

# CHAPTER 7 STATEMENT OF CURRENT MONTHLY INCOME AND MEANS-TEST CALCULATION

In addition to Schedules I and J, this statement must be completed by every individual chapter 7 debtor, whether or not filing jointly. Unless the exclusion in Line 1C applies, joint debtors may complete a single statement. If the exclusion in Line 1C applies, each joint filer must complete a separate statement.

| | Part I. MILITARY AND NON-CONSUMER DEBTORS |
|---|---|
| 1A | **Disabled Veterans.** If you are a disabled veteran described in the Veteran's Declaration in this Part I, (1) check the box at the beginning of the Veteran's Declaration, (2) check the box for "The presumption does not arise" at the top of this statement, and (3) complete the verification in Part VIII. Do not complete any of the remaining parts of this statement.<br><br>☐ **Veteran's Declaration.** By checking this box, I declare under penalty of perjury that I am a disabled veteran (as defined in 38 U.S.C. § 3741(1)) whose indebtedness occurred primarily during a period in which I was on active duty (as defined in 10 U.S.C. § 101(d)(1)) or while I was performing a homeland defense activity (as defined in 32 U.S.C. §901(1)). |
| 1B | **Non-consumer Debtors.** If your debts are not primarily consumer debts, check the box below and complete the verification in Part VIII. Do not complete any of the remaining parts of this statement.<br><br>☑ **Declaration of non-consumer debts.** By checking this box, I declare that my debts are not primarily consumer debts. |
| 1C | **Reservists and National Guard Members; active duty or homeland defense activity.** Members of a reserve component of the Armed Forces and members of the National Guard who were called to active duty (as defined in 10 U.S.C. § 101(d)(1)) after September 11, 2001, for a period of at least 90 days, or who have performed homeland defense activity (as defined in 32 U.S.C. § 901(1)) for a period of at least 90 days, are excluded from all forms of means testing during the time of active duty or homeland defense activity and for 540 days thereafter (the "exclusion period"). If you qualify for this temporary exclusion, (1) check the appropriate boxes and complete any required information in the Declaration of Reservists and National Guard Members below, (2) check the box for "The presumption is temporarily inapplicable" at the top of this statement, and (3) complete the verification in Part VIII. During your exclusion period you are not required to complete the balance of this form, but you must complete the form no later than 14 days after the date on which your exclusion period ends, unless the time for filing a motion raising the means test presumption expires in your case before your exclusion period ends.<br><br>☐ **Declaration of Reservists and National Guard Members.** By checking this box and making the appropriate entries below, I declare that I am eligible for a temporary exclusion from means testing because, as a member of a reserve component of the Armed Forces or the National Guard<br><br>a. ☐ I was called to active duty after September 11, 2001, for a period of at least 90 days and<br>☐ I remain on active duty /or/<br>☐ I was released from active duty on _____, which is less than 540 days before this bankruptcy case was filed;<br><br>OR<br><br>b. ☐ I am performing homeland defense activity for a period of at least 90 days /or/<br>☐ I performed homeland defense activity for a period of at least 90 days, terminating on _____, which is less than 540 days before this bankruptcy case was filed. |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B22A (Official Form 22A) (Chapter 7) (04/10)

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| | **Part II. CALCULATION OF MONTHLY INCOME FOR § 707(b)(7) EXCLUSION** | | |
|---|---|---|---|
| 2 | **Marital/filing status.** Check the box that applies and complete the balance of this part of this statement as directed. <br><br> a. ☐  Unmarried. **Complete only Column A ("Debtor's Income") for Lines 3-11.** <br><br> b. ☐  Married, not filing jointly, with declaration of separate households. By checking this box, debtor declares under penalty of perjury: "My spouse and I are legally separated under applicable non-bankruptcy law or my spouse and I are living apart other than for the purpose of evading the requirements of § 707(b)(2)(A) of the Bankruptcy Code." **Complete only Column A ("Debtor's Income") for Lines 3-11.** <br><br> c. ☐  Married, not filing jointly, without the declaration of separate households set out in Line 2.b above. **Complete both Column A ("Debtor's Income") and Column B ("Spouse's Income") for Lines 3-11.** <br><br> d. ☐  Married, filing jointly. **Complete both Column A ("Debtor's Income") and Column B ("Spouse's Income") for Lines 3-11.** | | |
| | All figures must reflect average monthly income received from all sources, derived during the six calendar months prior to filing the bankruptcy case, ending on the last day of the month before the filing. If the amount of monthly income varied during the six months, you must divide the six-month total by six, and enter the result on the appropriate line. | **Column A** Debtor's Income | **Column B** Spouse's Income |
| 3 | **Gross wages, salary, tips, bonuses, overtime, commissions.** | $ | $ |
| 4 | **Income from the operation of a business, profession or farm.** Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 4. If you operate more than one business, profession or farm, enter aggregate numbers and provide details on an attachment. Do not enter a number less than zero. **Do not include any part of the business expenses entered on Line b as a deduction in Part V.** <br><br> a. Gross receipts — $ <br> b. Ordinary and necessary business expenses — $ <br> c. Business income — Subtract Line b from Line a | $ | $ |
| 5 | **Rent and other real property income.** Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 5. Do not enter a number less than zero. **Do not include any part of the operating expenses entered on Line b as a deduction in Part V.** <br><br> a. Gross receipts — $ <br> b. Ordinary and necessary operating expenses — $ <br> c. Rent and other real property income — Subtract Line b from Line a | $ | $ |
| 6 | **Interest, dividends, and royalties.** | $ | $ |
| 7 | **Pension and retirement income.** | $ | $ |
| 8 | **Any amounts paid by another person or entity, on a regular basis, for the household expenses of the debtor or the debtor's dependents, including child support paid for that purpose.** Do not include alimony or separate maintenance payments or amounts paid by your spouse if Column B is completed. | $ | $ |
| 9 | **Unemployment compensation.** Enter the amount in the appropriate column(s) of Line 9. However, if you contend that unemployment compensation received by you or your spouse was a benefit under the Social Security Act, do not list the amount of such compensation in Column A or B, but instead state the amount in the space below: <br><br> Unemployment compensation claimed to be a benefit under the Social Security Act    Debtor $ _____    Spouse $ _____ | $ | $ |

B22A (Official Form 22A) (Chapter 7) (04/10)

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| 10 | **Income from all other sources.** Specify source and amount. If necessary, list additional sources on a separate page. **Do not include alimony or separate maintenance payments paid by your spouse if Column B is completed, but include all other payments of alimony or separate maintenance.** Do not include any benefits received under the Social Security Act or payments received as a victim of a war crime, crime against humanity, or as a victim of international or domestic terrorism. | | |
|---|---|---|---|
| | a. | $ | |
| | b. | $ | |
| | Total and enter on Line 10 | $ | $ |
| 11 | **Subtotal of Current Monthly Income for § 707(b)(7).** Add Lines 3 thru 10 in Column A, and, if Column B is completed, add Lines 3 through 10 in Column B. Enter the total(s). | $ | $ |
| 12 | **Total Current Monthly Income for § 707(b)(7).** If Column B has been completed, add Line 11, Column A to Line 11, Column B, and enter the total. If Column B has not been completed, enter the amount from Line 11, Column A. | $ | |

### Part III. APPLICATION OF § 707(B)(7) EXCLUSION

| 13 | **Annualized Current Monthly Income for § 707(b)(7).** Multiply the amount from Line 12 by the number 12 and enter the result. | $ |
|---|---|---|
| 14 | **Applicable median family income.** Enter the median family income for the applicable state and household size. (This information is available by family size at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) <br><br> a. Enter debtor's state of residence: _____ b. Enter debtor's household size: ____ | $ |
| 15 | **Application of Section 707(b)(7).** Check the applicable box and proceed as directed. <br><br> ☐ **The amount on Line 13 is less than or equal to the amount on Line 14.** Check the box for "The presumption does not arise" at the top of page 1 of this statement, and complete Part VIII; do not complete Parts IV, V, VI, or VII. <br><br> ☐ **The amount on Line 13 is more than the amount on Line 14.** Complete the remaining parts of this statement. | |

### Complete Parts IV, V, VI, and VII of this statement only if required. (See Line 15.)

### Part IV. CALCULATION OF CURRENT MONTHLY INCOME FOR § 707(b)(2)

| 16 | **Enter the amount from Line 12.** | $ |
|---|---|---|
| 17 | **Marital adjustment.** If you checked the box at Line 2.c, enter on Line 17 the total of any income listed in Line 11, Column B that was NOT paid on a regular basis for the household expenses of the debtor or the debtor's dependents. Specify in the lines below the basis for excluding the Column B income (such as payment of the spouse's tax liability or the spouse's support of persons other than the debtor or the debtor's dependents) and the amount of income devoted to each purpose. If necessary, list additional adjustments on a separate page. If you did not check box at Line 2.c, enter zero. | |
| | a. | $ | |
| | b. | $ | |
| | c. | $ | |
| | Total and enter on Line 17. | $ |
| 18 | **Current monthly income for § 707(b)(2).** Subtract Line 17 from Line 16 and enter the result. | $ |

### Part V. CALCULATION OF DEDUCTIONS FROM INCOME

### Subpart A: Deductions under Standards of the Internal Revenue Service (IRS)

| 19A | **National Standards: food, clothing and other items.** Enter in Line 19A the "Total" amount from IRS National Standards for Food, Clothing and Other Items for the applicable household size. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | $ |
|---|---|---|

**B22A (Official Form 22A) (Chapter 7) (04/10)**

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| | | |
|---|---|---|
| 19B | **National Standards: health care.** Enter in Line a1 below the amount from IRS National Standards for Out-of-Pocket Health Care for persons under 65 years of age, and in Line a2 the IRS National Standards for Out-of-Pocket Health Care for persons 65 years of age or older. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) Enter in Line b1 the number of members of your household who are under 65 years of age, and enter in Line b2 the number of members of your household who are 65 years of age or older. (The total number of household members must be the same as the number stated in Line 14b.) Multiply Line a1 by Line b1 to obtain a total amount for household members under 65, and enter the result in Line c1. Multiply Line a2 by Line b2 to obtain a total amount for household members 65 and older, and enter the result in Line c2. Add Lines c1 and c2 to obtain a total health care amount, and enter the result in Line 19B. | |

| Household members under 65 years of age | | Household members 65 years of age or older | |
|---|---|---|---|
| a1. | Allowance per member | a2. | Allowance per member |
| b1. | Number of members | b2. | Number of members |
| c1. | Subtotal | c2. | Subtotal |

$

| | | |
|---|---|---|
| 20A | **Local Standards: housing and utilities; non-mortgage expenses.** Enter the amount of the IRS Housing and Utilities Standards; non-mortgage expenses for the applicable county and household size. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court). | $ |

| | | |
|---|---|---|
| 20B | **Local Standards: housing and utilities; mortgage/rent expense.** Enter, in Line a below, the amount of the IRS Housing and Utilities Standards; mortgage/rent expense for your county and family size (this information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter on Line b the total of the Average Monthly Payments for any debts secured by your home, as stated in Line 42; subtract Line b from Line a and the result in Line 20B. **Do not enter an amount less than zero.** | |

| a. | IRS Housing and Utilities Standards; mortgage/rental expense | $ |
|---|---|---|
| b. | Average Monthly Payment for any debts secured by your home, if any, as stated in Line 42 | $ |
| c. | Net mortgage/rental expense | Subtract Line b from Line a |

$

| | | |
|---|---|---|
| 21 | **Local Standards: housing and utilities; adjustment.** If you contend that the process set out in Lines 20A and 20B does not accurately compute the allowance to which you are entitled under the IRS Housing and Utilities Standards, enter any additional amount to which you contend you are entitled, and state the basis for your contention in the space below: | $ |

| | | |
|---|---|---|
| 22A | **Local Standards: transportation; vehicle operation/public transportation expense.** You are entitled to an expense allowance in this category regardless of whether you pay the expenses of operating a vehicle and regardless of whether you use public transportation.<br><br>Check the number of vehicles for which you pay the operating expenses or for which the operating expenses are included as a contribution to your household expenses in Line 8.<br><br>☐ 0  ☐ 1  ☐ 2 or more.<br><br>If you checked 0, enter on Line 22A the "Public Transportation" amount from IRS Local Standards: Transportation. If you checked 1 or 2 or more, enter on Line 22A the "Operating Costs" amount from IRS Local Standards: Transportation for the applicable number of vehicles in the applicable Metropolitan Statistical Area or Census Region. (These amounts are available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | $ |

| | | |
|---|---|---|
| 22B | **Local Standards: transportation; additional public transportation expense.** If you pay the operating expenses for a vehicle and also use public transportation, and you contend that you are entitled to an additional deduction for your public transportation expenses, enter on Line 22B the "Public Transportation" amount from IRS Local Standards: Transportation. (This amount is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | $ |

B22A (Official Form 22A) (Chapter 7) (04/10)

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| 23 | **Local Standards: transportation ownership/lease expense; Vehicle 1.** Check the number of vehicles for which you claim an ownership/lease expense. (You may not claim an ownership/lease expense for more than two vehicles.)<br><br>☐ 1  ☐ 2 or more.<br><br>Enter, in Line a below, the "Ownership Costs" for "One Car" from the IRS Local Standards: Transportation (available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter in Line b the total of the Average Monthly Payments for any debts secured by Vehicle 1, as stated in Line 42; subtract Line b from Line a and enter the result in Line 23. **Do not enter an amount less than zero.** | | |
|---|---|---|---|
| | a. | IRS Transportation Standards, Ownership Costs | $ |
| | b. | Average Monthly Payment for any debts secured by Vehicle 1, as stated in Line 42 | $ |
| | c. | Net ownership/lease expense for Vehicle 1 | Subtract Line b from Line a | $ |

| 24 | **Local Standards: transportation ownership/lease expense; Vehicle 2.** Complete this Line only if you checked the "2 or more" Box in Line 23.<br><br>Enter, in Line a below, the "Ownership Costs" for "One Car" from the IRS Local Standards: Transportation (available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter in Line b the total of the Average Monthly Payments for any debts secured by Vehicle 2, as stated in Line 42; subtract Line b from Line a and enter the result in Line 24. **Do not enter an amount less than zero.** | | |
|---|---|---|---|
| | a. | IRS Transportation Standards, Ownership Costs, Second Car | $ |
| | b. | Average Monthly Payment for any debts secured by Vehicle 2, as stated in Line 42 | $ |
| | c. | Net ownership/lease expense for Vehicle 2 | Subtract Line b from Line a | $ |

| 25 | **Other Necessary Expenses: taxes.** Enter the total average monthly expense that you actually incur for all federal, state, and local taxes, other than real estate and sales taxes, such as income taxes, self employment taxes, social security taxes, and Medicare taxes. **Do not include real estate or sales taxes.** | $ |
|---|---|---|
| 26 | **Other Necessary Expenses: involuntary deductions for employment.** Enter the total average monthly payroll deductions that are required for your employment, such as retirement contributions, union dues, and uniform costs. **Do not include discretionary amounts, such as voluntary 401(k) contributions.** | $ |
| 27 | **Other Necessary Expenses: life insurance.** Enter total average monthly premiums that you actually pay for term life insurance for yourself. **Do not include premiums for insurance on your dependents, for whole life or for any other form of insurance.** | $ |
| 28 | **Other Necessary Expenses: court-ordered payments.** Enter the total monthly amount that you are required to pay pursuant to the order of a court or administrative agency, such as spousal or child support payments. **Do not include payments on past due obligations included in Line 44.** | $ |
| 29 | **Other Necessary Expenses: education for employment or for a physically or mentally challenged child.** Enter the total average monthly amount that you actually expend for education that is a condition of employment and for education that is required for a physically or mentally challenged dependent child for whom no public education providing similar services is available. | $ |
| 30 | **Other Necessary Expenses: childcare.** Enter the total average monthly amount that you actually expend on childcare — such as baby-sitting, day care, nursery and preschool. **Do not include other educational payments.** | $ |
| 31 | **Other Necessary Expenses: health care.** Enter the total average monthly amount that you actually expend on health care that is required for the health and welfare of yourself or your dependents, that is not reimbursed by insurance or paid by a health savings account, and that is in excess of the amount entered in Line 19B. **Do not include payments for health insurance or health savings accounts listed in Line 34.** | $ |
| 32 | **Other Necessary Expenses: telecommunication services.** Enter the total average monthly amount that you actually pay for telecommunication services other than your basic home telephone and cell phone service — such as pagers, call waiting, caller id, special long distance, or internet service — to the extent necessary for your health and welfare or that of your dependents. **Do not include any amount previously deducted.** | $ |
| 33 | **Total Expenses Allowed under IRS Standards.** Enter the total of Lines 19 through 32. | $ |

B22A (Official Form 22A) (Chapter 7) (04/10)

| | **Subpart B: Additional Living Expense Deductions**<br>**Note: Do not include any expenses that you have listed in Lines 19-32** | |
|---|---|---|
| 34 | **Health Insurance, Disability Insurance, and Health Savings Account Expenses.** List the monthly expenses in the categories set out in lines a-c below that are reasonably necessary for yourself, your spouse, or your dependents.<br><br>a. Health Insurance  $<br>b. Disability Insurance  $<br>c. Health Savings Account  $<br><br>Total and enter on Line 34<br><br>**If you do not actually expend this total amount,** state your actual total average monthly expenditures in the space below:<br><br>$ _____ | $ |
| 35 | **Continued contributions to the care of household or family members.** Enter the total average actual monthly expenses that you will continue to pay for the reasonable and necessary care and support of an elderly, chronically ill, or disabled member of your household or member of your immediate family who is unable to pay for such expenses. | $ |
| 36 | **Protection against family violence.** Enter the total average reasonably necessary monthly expenses that you actually incurred to maintain the safety of your family under the Family Violence Prevention and Services Act or other applicable federal law. The nature of these expenses is required to be kept confidential by the court. | $ |
| 37 | **Home energy costs.** Enter the total average monthly amount, in excess of the allowance specified by IRS Local Standards for Housing and Utilities, that you actually expend for home energy costs. **You must provide your case trustee with documentation of your actual expenses, and you must demonstrate that the additional amount claimed is reasonable and necessary.** | $ |
| 38 | **Education expenses for dependent children less than 18.** Enter the total average monthly expenses that you actually incur, not to exceed $147.92* per child, for attendance at a private or public elementary or secondary school by your dependent children less than 18 years of age. **You must provide your case trustee with documentation of your actual expenses, and you must explain why the amount claimed is reasonable and necessary and not already accounted for in the IRS Standards.** | $ |
| 39 | **Additional food and clothing expense.** Enter the total average monthly amount by which your food and clothing expenses exceed the combined allowances for food and clothing (apparel and services) in the IRS National Standards, not to exceed 5% of those combined allowances. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) **You must demonstrate that the additional amount claimed is reasonable and necessary.** | $ |
| 40 | **Continued charitable contributions.** Enter the amount that you will continue to contribute in the form of cash or financial instruments to a charitable organization as defined in 26 U.S.C. § 170(c)(1)-(2). | $ |
| 41 | **Total Additional Expense Deductions under § 707(b).** Enter the total of Lines 34 through 40 | $ |

*Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B22A (Official Form 22A) (Chapter 7) (04/10)

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| | Subpart C: Deductions for Debt Payment | |
|---|---|---|

| 42 | **Future payments on secured claims.** For each of your debts that is secured by an interest in property that you own, list the name of the creditor, identify the property securing the debt, state the Average Monthly Payment, and check whether the payment includes taxes or insurance. The Average Monthly Payment is the total of all amounts scheduled as contractually due to each Secured Creditor in the 60 months following the filing of the bankruptcy case, divided by 60. If necessary, list additional entries on a separate page. Enter the total of the Average Monthly Payments on Line 42. | |

| | Name of Creditor | Property Securing the Debt | Average Monthly Payment | Does payment include taxes or insurance? |
|---|---|---|---|---|
| a. | | | $ | ☐ yes ☐ no |
| b. | | | $ | ☐ yes ☐ no |
| c. | | | $ | ☐ yes ☐ no |
| | | Total: Add lines a, b and c. | | |

| | | $ |
|---|---|---|

| 43 | **Other payments on secured claims.** If any of debts listed in Line 42 are secured by your primary residence, a motor vehicle, or other property necessary for your support or the support of your dependents, you may include in your deduction 1/60th of any amount (the "cure amount") that you must pay the creditor in addition to the payments listed in Line 42, in order to maintain possession of the property. The cure amount would include any sums in default that must be paid in order to avoid repossession or foreclosure. List and total any such amounts in the following chart. If necessary, list additional entries on a separate page. | |

| | Name of Creditor | Property Securing the Debt | 1/60th of the Cure Amount |
|---|---|---|---|
| a. | | | $ |
| b. | | | $ |
| c. | | | $ |
| | | Total: Add lines a, b and c. | |

| | | $ |
|---|---|---|

| 44 | **Payments on prepetition priority claims.** Enter the total amount, divided by 60, of all priority claims, such as priority tax, child support and alimony claims, for which you were liable at the time of your bankruptcy filing. **Do not include current obligations, such as those set out in Line 28.** | $ |

| 45 | **Chapter 13 administrative expenses.** If you are eligible to file a case under chapter 13, complete the following chart, multiply the amount in line a by the amount in line b, and enter the resulting administrative expense. | |

| | a. | Projected average monthly chapter 13 plan payment. | $ |
|---|---|---|---|
| | b. | Current multiplier for your district as determined under schedules issued by the Executive Office for United States Trustees. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | X |
| | c. | Average monthly administrative expense of chapter 13 case | Total: Multiply Lines a and b |

| | | $ |
|---|---|---|

| 46 | **Total Deductions for Debt Payment.** Enter the total of Lines 42 through 45. | $ |

| | Subpart D: Total Deductions from Income | |
|---|---|---|

| 47 | **Total of all deductions allowed under § 707(b)(2).** Enter the total of Lines 33, 41, and 46. | $ |

B22A (Official Form 22A) (Chapter 7) (04/10)

| Part VI. DETERMINATION OF § 707(b)(2) PRESUMPTION | |
|---|---|
| 48 | **Enter the amount from Line 18 (Current monthly income for § 707(b)(2))** | $ |
| 49 | **Enter the amount from Line 47 (Total of all deductions allowed under § 707(b)(2))** | $ |
| 50 | **Monthly disposable income under § 707(b)(2).** Subtract Line 49 from Line 48 and enter the result. | $ |
| 51 | **60-month disposable income under § 707(b)(2).** Multiply the amount in Line 50 by the number 60 and enter the result. | $ |
| 52 | **Initial presumption determination.** Check the applicable box and proceed as directed.<br><br>☐ **The amount on Line 51 is less than $7,025\*.** Check the box for "The presumption does not arise" at the top of page 1 of this statement, and complete the verification in Part VIII. Do not complete the remainder of Part VI.<br><br>☐ **The amount set forth on Line 51 is more than $11,725\*.** Check the box for "The presumption arises" at the top of page 1 of this statement, and complete the verification in Part VIII. You may also complete Part VII. Do not complete the remainder of Part VI.<br><br>☐ **The amount on Line 51 is at least $7,025\*, but not more than $11,725\*.** Complete the remainder of Part VI (Lines 53 though 55). | |
| 53 | **Enter the amount of your total non-priority unsecured debt** | $ |
| 54 | **Threshold debt payment amount.** Multiply the amount in Line 53 by the number 0.25 and enter the result. | $ |
| 55 | **Secondary presumption determination.** Check the applicable box and proceed as directed.<br><br>☐ **The amount on Line 51 is less than the amount on Line 54.** Check the box for "The presumption does not arise" at the top of page 1 of this statement, and complete the verification in Part VIII.<br><br>☐ **The amount on Line 51 is equal to or greater than the amount on Line 54.** Check the box for "The presumption arises" at the top of page 1 of this statement, and complete the verification in Part VIII. You may also complete Part VII. | |

| Part VII. ADDITIONAL EXPENSE CLAIMS | |
|---|---|
| 56 | **Other Expenses.** List and describe any monthly expenses, not otherwise stated in this form, that are required for the health and welfare of you and your family and that you contend should be an additional deduction from your current monthly income under § 707(b)(2)(A)(ii)(I). If necessary, list additional sources on a separate page. All figures should reflect your average monthly expense for each item. Total the expenses. | |

| | Expense Description | Monthly Amount |
|---|---|---|
| a. | | $ |
| b. | | $ |
| c. | | $ |
| | Total: Add Lines a, b and c | $ |

| Part VIII. VERIFICATION | |
|---|---|
| 57 | I declare under penalty of perjury that the information provided in this statement is true and correct. *(If this a joint case, both debtors must sign.)*<br><br>Date: **July 2, 2010**     Signature: ***/s/ Eric Lee Lundstrom***<br><div align="right">(Debtor)</div><br>Date: _____     Signature: _____<br><div align="right">(Joint Debtor, if any)</div> |

*\* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**B1 (Official Form 1) (4/10)**

| | |
|---|---|
| **United States Bankruptcy Court**<br>**Northern District of Illinois** | **Voluntary Petition** |

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Lundstrom, Eric Lee** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete<br>EIN (if more than one, state all): **5576** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete<br>EIN (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**1201 Oriole Court**<br>**Antioch, IL**<br>ZIPCODE **60002** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>ZIPCODE |
| County of Residence or of the Principal Place of Business:<br>**Lake** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address)<br>ZIPCODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIPCODE |

Location of Principal Assets of Business Debtor (if different from street address above):
**Business Was Landlord, Own & Man RE, Over 30 Different Addresses, Kenosha County, WI**    ZIPCODE **53140**

| **Type of Debtor**<br>(Form of Organization)<br>(Check **one** box.) | **Nature of Business**<br>(Check **one** box.) | **Chapter of Bankruptcy Code Under Which<br>the Petition is Filed** (Check **one** box.) |
|---|---|---|
| ☑ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11<br>U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☑ Other | ☑ Chapter 7     ☐ Chapter 15 Petition for<br>☐ Chapter 9         Recognition of a Foreign<br>☐ Chapter 11        Main Proceeding<br>☐ Chapter 12     ☐ Chapter 15 Petition for<br>☐ Chapter 13        Recognition of a Foreign<br>               Nonmain Proceeding |

| | **Tax-Exempt Entity**<br>(Check box, if applicable.)<br>☐ Debtor is a tax-exempt organization under<br>Title 26 of the United States Code (the<br>Internal Revenue Code). | **Nature of Debts**<br>(Check one box.)<br>☐ Debts are primarily consumer   ☑ Debts are primarily<br>debts, defined in 11 U.S.C.        business debts.<br>§ 101(8) as "incurred by an<br>individual primarily for a<br>personal, family, or house-<br>hold purpose." |
|---|---|---|

| **Filing Fee** (Check one box)<br><br>☑ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (Applicable to individuals<br>only). Must attach signed application for the court's<br>consideration certifying that the debtor is unable to pay fee<br>except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (Applicable to chapter 7 individuals<br>only). Must attach signed application for the court's<br>consideration. See Official Form 3B. | **Chapter 11 Debtors**<br>**Check one box:**<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>**Check if:**<br>☐ Debtor's aggregate noncontingent liquidated debts owed to non-insiders or affiliates are less<br>than $2,343,300 (*amount subject to adjustment on 4/01/13 and every three years thereafter*).<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -<br>**Check all applicable boxes:**<br>☐ A plan is being filed with this petition<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in<br>accordance with 11 U.S.C. § 1126(b). |
|---|---|

| **Statistical/Administrative Information**<br>☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for<br>distribution to unsecured creditors. | **THIS SPACE IS FOR<br>COURT USE ONLY** |
|---|---|

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | Over<br>100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001<br>to $50 million | $50,000,001 to<br>$100 million | $100,000,001<br>to $500 million | $500,000,001<br>to $1 billion | More than<br>$1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Liabilities

| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001<br>to $50 million | $50,000,001 to<br>$100 million | $100,000,001<br>to $500 million | $500,000,001<br>to $1 billion | More than<br>$1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B1 (Official Form 1) (4/10)  Page 2

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Lundstrom, Eric Lee** |
|---|---|

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

### Prior Bankruptcy Case Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location<br>Where Filed: **None** | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor:<br>**None** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A**<br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by § 342(b) of the Bankruptcy Code.<br><br>X _____<br>  Signature of Attorney for Debtor(s)                                    Date |
|---|---|

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☑ No

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☑ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached a made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____

(Name of landlord or lessor that obtained judgment)

_____

(Address of landlord or lessor)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1) (4/10)                                                                                                                      Page 3

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **Lundstrom, Eric Lee** |

### Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br><br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br><br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only **one** box.)<br><br>☐  I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.<br><br>☐  Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached. |
| **X** */s/ Eric Lee Lundstrom*<br>―――――――――――――――――――――  **Eric Lee Lundstrom**<br>Signature of Debtor<br><br>**X**<br>―――――――――――――――――――――<br>Signature of Joint Debtor<br><br>―――――――――――――――――――――<br>Telephone Number (If not represented by attorney)<br><br>**July  2, 2010**<br>―――――――――――――――――――――<br>Date | **X**<br>―――――――――――――――――――――<br>Signature of Foreign Representative<br><br>―――――――――――――――――――――<br>Printed Name of Foreign Representative<br><br>―――――――――――――――――――――<br>Date |

| **Signature of Attorney*** | **Signature of Non-Attorney Petition Preparer** |
|---|---|
| **X** */s/ Daniel K. Sinclair*<br>―――――――――――――――――――――<br>Signature of Attorney for Debtor(s)<br><br>**Daniel K. Sinclair Illinois**<br>**Sinclair Law Offices**<br>**4170 Old Grand Ave.**<br>**Gurnee, IL  60031**<br><br>**dks1973@hotmail.com**<br><br><br>**July  2, 2010**<br>―――――――――――――――――――――<br>Date<br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>―――――――――――――――――――――<br>Printed Name and title, if any,  of Bankruptcy Petition Preparer<br><br>―――――――――――――――――――――<br>Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)<br><br>―――――――――――――――――――――<br>Address |

| **Signature of Debtor (Corporation/Partnership)** | |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>**X**<br>―――――――――――――――――――――<br>Signature of Authorized Individual<br><br>―――――――――――――――――――――<br>Printed Name of Authorized Individual<br><br>―――――――――――――――――――――<br>Title of Authorized Individual<br><br>―――――――――――――――――――――<br>Date | **X**<br>―――――――――――――――――――――<br>Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.<br><br>―――――――――――――――――――――<br>Date<br><br>Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.* |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**B1D (Official Form 1, Exhibit D) (12/09)**

### United States Bankruptcy Court
### Northern District of Illinois

IN RE:                                                        Case No. _____

**Lundstrom, Eric Lee** _____   Chapter **7** _____
<center>Debtor(s)</center>

### EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE
### CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days **before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor: ***/s/ Eric Lee Lundstrom*** _____

Date: **July  2, 2010** _____

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Certificate Number: 01401-ILN-CC-011508518



01401-ILN-CC-011508518

# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>July 1, 2010</u>, at <u>4:11</u> o'clock <u>PM EDT</u>, <u>Eric Lundstrom</u> received from <u>GreenPath, Inc.</u>, an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the <u>Northern District of Illinois</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by telephone</u>.

Date:  <u>July 1, 2010</u>          By:   <u>/s/Holli Bratt for Kelly Hill</u>

Name:  <u>Kelly Hill</u>

Title:  <u>Counselor</u>

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).

### United States Bankruptcy Court
### Northern District of Illinois

IN RE:                                              Case No. _____

Lundstrom, Eric Lee _____   Chapter **7** _____
                    Debtor(s)

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NUMBER OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $   240,000.00 | | |
| B - Personal Property | Yes | 3 | $   73,001.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 4 | | $   1,919,353.88 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 5 | | $   10,247.70 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 8 | | $   142,418.51 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 4 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | $   2,719.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | $   2,618.00 |
| TOTAL | | 30 | $   313,001.00 | $   2,072,020.09 | |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Form 6 - Statistical Summary (12/07)

**United States Bankruptcy Court**
**Northern District of Illinois**

IN RE:                                                                    Case No. _____

Lundstrom, Eric Lee _____    Chapter **7** _____
                          Debtor(s)

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☑ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ |
| Student Loan Obligations (from Schedule F) | $ |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ |
| **TOTAL** | $ |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $ |
| Average Expenses (from Schedule J, Line 18) | $ |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $ |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ |
| 4. Total from Schedule F | | $ |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6A (Official Form 6A) (12/07)

IN RE **Lundstrom, Eric Lee**                                                    Case No. _____
_____                                        _____
            Debtor(s)                                                              (If known)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **2815 63rd St, Kenosha, WI** | | | **80,000.00** | **120,800.00** |
| **3507-11 59th Street, Kenosha, WI** | **Fee Simple** | | **160,000.00** | **200,453.19** |
| | | **TOTAL** | **240,000.00** | |

(Report also on Summary of Schedules)

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Lundstrom, Eric Lee**
_____
Debtor(s)

Case No. _____
(If known)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking Account #046009 949 at First Banking Center** | | **5.00** |
| | | **Checking accounts # 759 402731 and 759 5010195 at Bank Mutual, 6310 Green Bay Rd., Kenosha, WI 53142** | | **500.00** |
| | | **Savings account #000000806243465 at JP Morgan Chase Bank** | | **86.00** |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, include audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issue. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **Roth IRA held in Account #67464183 by American Funds, PO Box 6164, Indianapolis, IN 46206-6164** | | **1,200.00** |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **Membership in Helm Real Estate, a Wisconsin LLC** | | **0.00** |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |

B6B (Official Form 6B) (12/07) - Cont.

**IN RE** Lundstrom, Eric Lee

Debtor(s)                                                                Case No. _____

                                                                                    (If known)

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2004 Dodge Ram 2500 truck** | | **8,325.00** |
| | | **2008 Polaris Sportsman snowmobile** | | **4,885.00** |
| | | **2009 Volkswagon Jetta motor vehicle** | | **18,000.00** |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **41 Automatic Teller Machines (ATM).  Owned by debtor, but leased, with option to buy to another entity** | | **40,000.00** |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07) - Cont.

IN RE **Lundstrom, Eric Lee**
_____
Debtor(s)

Case No. _____
(If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 34.  Farm supplies, chemicals, and feed. | X | | | |
| 35.  Other personal property of any kind not already listed. Itemize. | X | | | |
| | | | **TOTAL** | **73,001.00** |

(Include amounts from any continuation sheets attached.
Report total also on Summary of Schedules.)

_____ **0** continuation sheets attached

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6C (Official Form 6C) (04/10)

IN RE **Lundstrom, Eric Lee**
_____
Debtor(s)

Case No. _____
(If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:
(Check one box)

☐ Check if debtor claims a homestead exemption that exceeds $146,450. *

☐ 11 U.S.C. § 522(b)(2)
☑ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **SCHEDULE B - PERSONAL PROPERTY** | | | |
| **Checking Account #046009 949 at First Banking Center** | **735 ILCS 5 §12-1001(b)** | 5.00 | 5.00 |
| **Checking accounts # 759 402731 and 759 5010195 at Bank Mutual, 6310 Green Bay Rd., Kenosha,  WI 53142** | **735 ILCS 5 §12-1001(b)** | 500.00 | 500.00 |
| **Savings account #000000806243465 at JP Morgan Chase Bank** | **735 ILCS 5 §12-1001(b)** | 86.00 | 86.00 |
| **Roth IRA held in Account #67464183 by American Funds, PO Box 6164, Indianapolis, IN 46206-6164** | **735 ILCS 5 §12-1006(a)** | 1,200.00 | 1,200.00 |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

* _Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment._

B6D (Official Form 6D) (12/07)

IN RE **Lundstrom, Eric Lee**                                        Case No. _____
_____
Debtor(s)                                                                    (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **7176**<br><br>**America's Servicing Company**<br>**Return Mail Operations**<br>**PO Box 10388**<br>**Des Moines, IA  50306-0388** | | | **2005, loan of money secured by Note and by mortgage on real estate at 6218 32nd Ave, Kenosha, WI.  Said real estate was formerly owned Debtor but Debtor no longer has an interest therein.**<br>VALUE $ | | | | **99,000.00** | **99,000.00** |
| ACCOUNT NO.<br><br>**Marie M. Flannery, Kohner,Mann, Et. Al.**<br>**Kenosha Case No 09 CV 3100**<br>**4650 N. Port Washington Road**<br>**Milwaukee, WI  53212-1059** | | | **Assignee or other notification for:**<br>**America's Servicing Company**<br><br><br><br>VALUE $ | | | | | |
| ACCOUNT NO. **0533**<br><br>**BAC Home Loans Servicing, LP**<br>**P.O.Box  650070**<br>**Dallas, TX  75265-0070** | | | **2005, loan of money to finance purchase of real estate located at 2815 63rd, Kenosha, WI.   Evidenced by Note and Mortgage**<br>VALUE $ **80,000.00** | | | | **96,800.00** | **16,800.00** |
| ACCOUNT NO.<br><br>**Countrywide Home Loans, Inc.**<br>**Acct # XXX4218**<br>**PO Box 660694**<br>**Dallas, TX  75266-0694** | | | **Assignee or other notification for:**<br>**BAC Home Loans Servicing, LP**<br><br><br><br>VALUE $ | | | | | |

_____ **3** continuation sheets attached

Subtotal
(Total of this page)   $ **195,800.00**   $ **115,800.00**

Total
(Use only on last page)   $ _____   $ _____

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6D (Official Form 6D) (12/07) - Cont.

IN RE **Lundstrom, Eric Lee**                                    Case No. _____
_____
Debtor(s)                                    (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **9832** <br> **BAC Home Loans Servicing, LP** <br> **PO Box 650225** <br> **Dallas, TX 75265-0225** | | | **2005, loan of money to finance purchase of real estate located at 2815 63rd, Kenosha, WI. Evidenced by Note and Mortgage** <br><br> VALUE $ **80,000.00** | | | | **24,000.00** | **24,000.00** |
| ACCOUNT NO. <br> **First Magnus Financial Corporation** <br> **Acct# XXXX0233** <br> **One Tower Lane, Suite 110** <br> **Oak Brook Terrace, IL 60181** | | | **Assignee or other notification for:** <br> **BAC Home Loans Servicing, LP** <br><br> VALUE $ | | | | | |
| ACCOUNT NO. **0036** <br> **Bank Of Elmwood** <br> **2704 Lathrop Avenue** <br> **Racine, WI 53405** | X | | **2007, loan of money to finance purchase of real estate located at 4006 24th, Kenosha, WI, which real estate is no longer owned by Debtor. Purchaser took title subject to, and is paying debt.** | | | | **350,000.00** | **350,000.00** |
| ACCOUNT NO. | | | **Also, possible liability in respect to Note and Mortgage to finance purchase of real estate located at 517 13th Place, Somers, WI, which real estate is no longer owned by Debtor. Purchaser took title subject** <br> VALUE $ | | | | | |
| ACCOUNT NO. **8569** <br> **Banks Of Wisconsin** <br> **5117 Green Bay Rd.** <br> **Kenosha, WI 53144** | X | | **2008 loan of money to purchase 1606 62nd Street, property is owned by Helm Real Estate, LLC, an entity substantially controlled by Debtor. Debtor guaranteed indebtedness** <br> VALUE $ | | | | **101,700.00** | **101,700.00** |
| ACCOUNT NO. **8884** <br> **EMC Mortgage Corporation** <br> **EMC Payment Processing** <br> **PO Box 660753** <br> **Dallas, TX 75266-0753** | | | **2006, loan of money secured by Note and Mortgage on real estate located at 3507-11 59th, Kenosha, WI** <br><br> VALUE $ **160,000.00** | | | | **39,000.00** | **36,000.00** |

Sheet no. ____1____ of ____3____ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)    $ **514,700.00**    $ **511,700.00**

Total
(Use only on last page)    $ _____    $ _____

(Report also on Summary of Schedules.)    (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6D (Official Form 6D) (12/07) - Cont.

IN RE **Lundstrom, Eric Lee**

Debtor(s)

Case No. _____

(If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **3764** <br><br> **EMC Mortgage Corporation** <br> **EMC Payment Processing** <br> **PO Box 660753** <br> **Dallas, TX 75266-0753** | | | **2005, loan of money secured by Note and by junior mortgage on real estate at 6218 32nd Ave, Kenosha, WI. Said real estate was formerly owned Debtor but Debtor no longer has an interest therein.** <br> VALUE $ | | | | **51,228.88** | **51,228.88** |
| ACCOUNT NO. <br><br> **First Banking Center** <br> **8700 75th Street** <br> **Kenosha, WI 53142** | | | **2009, Debtor borrowed money for refinance of existing debt. Security is 41automatic teller machines which have since been leased by Debtor to an LLC in which Debtor has no ownership interest** <br> VALUE $ **40,000.00** | | | | **99,000.00** | **59,000.00** |
| ACCOUNT NO. **3691** <br><br> **Fox River State Bank** <br> **Attn: Todd Schalinske** <br> **241 E. Jefferson St.** <br> **Burlington, WI 53105** | X | | **2008. Debtor guaranteed payment of indebtedness in respect to Note secured by Mortgages on real estate located at 6104-08-12-16 30th Avenue, 1326-32 50th Street, and 1917 61st St., all in Kenosha, WI** <br> VALUE $ | | | | **800,000.00** | **800,000.00** |
| ACCOUNT NO. <br><br> **Todd Terry C/0 Lloyd, Phenicie, Et. Al.** <br> **Kenosha County Case No 09 CV 3049** <br> **432 Milwaukee, Ave., PO Box 700** <br> **Burlington, WI 53105** | | | **Assignee or other notification for:** <br> **Fox River State Bank** <br><br> VALUE $ | | | | | |
| ACCOUNT NO. **6875** <br><br> **JP Morgan Chase, F/K/A WaMu** <br> **P.O. Box 100576** <br> **Florence, SC 29502-0576** | | | **2007, loan of money secured by Note and by mortgage on real estate at 530 Hiawatha Drive. Lake Delton, WI. Said real estate was formerly owned Debtor but Debtor no longer has an interest therein.** <br> VALUE $ | | | | **57,000.00** | **57,000.00** |
| ACCOUNT NO. <br><br> **Kenosha/Racine Lead Free Community Partnership, C/O Anna McCreery** <br> **8600 Sheridan Rd.** <br> **Kenosha, WI 53143** | X | | **2008 loan of money. Secured by Mortgage on real estate located at 6104-08-12-16 60th Street, Kenosha, WI 53143** <br> VALUE $ | | | | **unknown** | |

Sheet no. **2** of **3** continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page) $ **1,007,228.88** $ **967,228.88**

Total
(Use only on last page) $ _____ $ _____

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6D (Official Form 6D) (12/07) - Cont.

IN RE **Lundstrom, Eric Lee** _____    Case No. _____
Debtor(s)                                            (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **6008**<br>**Polaris StarCard**<br>**HSBC Retail Services**<br>**Dept 7680**<br>**Carol Stream, IL  60116-7680** | | | **2008 to finance purchase of snowmbile**<br><br>VALUE $ **4,885.00** | | | | **6,625.00** | **1,740.00** |
| ACCOUNT NO. **7377**<br>**State Farm Bank**<br>**PO Box 5961**<br>**Madison, WI  53705** | X | | **2009 to finance purchase of motor vehicle.  Debtor is co-borrower with his spouse**<br><br>VALUE $ **8,325.00** | | | | **14,000.00** | **5,675.00** |
| ACCOUNT NO. **0419**<br>**SunTrust Mortgage, Inc.**<br>**PO Box 79041**<br>**Baltimore, MD  21279-0042** | | | **2006.  Loan secured by Note and Mortgage on real estate at 3507-11 59th Street, Kenosha, WI.  Proceeds used to refinance real estate**<br><br>VALUE $ **160,000.00** | | | | **157,000.00** | |
| ACCOUNT NO.<br>**Michael Riley- Gray & Associates, LLP**<br>**Re; Kenosha Case 09 CV 2791**<br>**16345 West Glendale Drive**<br>**New Berlin, WI  53151-2841** | | | **Assignee or other notification for: SunTrust Mortgage, Inc.**<br><br>VALUE $ | | | | | |
| ACCOUNT NO.<br>**William N. Foshag - Gray & Associates LL**<br>**Re: Kenosha Cty Case 09 CV 2791**<br>**600 N. Broadway, Suite 300**<br>**Milwaukee, WI  53202-5009** | | | **Assignee or other notification for: SunTrust Mortgage, Inc.**<br><br>VALUE $ | | | | | |
| ACCOUNT NO. **3129**<br>**Volkswagon Credit**<br>**P.O. Box 17497**<br>**Baltimore, MD  21297-1497** | | | **2009  Loan of money to finance purchase of motor vehicle, secured by note and lien on title to motor vehice**<br><br>VALUE $ **18,000.00** | | | | **24,000.00** | **6,000.00** |

Sheet no. ___**3**___ of ___**3**___ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | Subtotal (Total of this page) | $ **201,625.00** | $ **13,415.00** |
|---|---|---|---|
| | Total (Use only on last page) | $ **1,919,353.88** | $ **1,608,143.88** |

(Report also on Summary of Schedules.)            (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (04/10)

IN RE <u>Lundstrom, Eric Lee</u>                                      Case No. _____
               Debtor(s)                                                                              (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☑ **Deposits by individuals**
Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____**4**_____ continuation sheets attached

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (04/10) – Cont.

**IN RE** <u>Lundstrom, Eric Lee</u> _____   Case No. _____
                                    Debtor(s)                                              (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

_____
### Deposits by individuals
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**James Edwards**<br>**3507 59th St**<br>**Kenosha, WI 53143** | | | **2009  Tenant security deposit** | | | | **500.00** | **500.00** | |
| ACCOUNT NO.<br><br>**Sandy Majors**<br>**3511 59th St**<br>**Kenosha, WI 53143** | | | **2009  Tenant security deposit** | | | | **650.00** | **650.00** | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |

Sheet no. _____**1**___ of ____**4**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

|  | Subtotal (Totals of this page) | $ **1,150.00** | $ **1,150.00** | $ |
|---|---|---|---|---|
|  | Total (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ | | |
|  | Total (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $ | $ |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (04/10) - Cont.

IN RE **Lundstrom, Eric Lee**                     Case No. _____
_____
Debtor(s)                                              (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Taxes and Other Certain Debts Owed to Governmental Units

(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **2030**<br>**City Of Kenosha**<br>**Dept Of Neighborhood Serv.& Inspections**<br>**625 52nd St., Room 100**<br>**Kenosha, WI** | | | **2009, Possible direct liability for housing code violations in the property known as 3507 59th St., Kenosha, WI** | | X | | **unknown** | | |
| ACCOUNT NO. **0520**<br>**City Of Kenosha**<br>**Dept Of Neighborhood Servi. & Inspection**<br>**625 52nd St, Room 100**<br>**Kenosha, WI  53140** | X | | **2009.  Possible vicarious liability for housing code and environmental code violations in the property known as 1606 62nd Street, Kenosha, WI, which property isowned by Helm Real Estate, LLC, an entity as to which Debtor has material control.** | | X | | **unknown** | | |
| ACCOUNT NO. **0622**<br>**City Of Kenosha**<br>**Dept Of Neighborhood Servi. & Inspection**<br>**625 52nd St, Room 100**<br>**Kenosha, WI  53140** | X | | **2009.  Possible vicarious liability for housing code violations in the property known as 6210 18th Street, Kenosha, WI, which property was owned by Helm Real Estate, LLC, an entity as to which Debtor has material control.** | | X | | **unknown** | | |
| ACCOUNT NO. **1033**<br>**City Of Kenosha**<br>**Dept Of Neighborhood Servi. & Inspection**<br>**625 52nd St, Room 100**<br>**Kenosha, WI  53140** | X | | **2009.  Possible vicarious liability for housing code violations in the property known as 6116 30th Avenue, Kenosha, WI, which property is owned by Helm Real Estate, LLC, an entity as to which Debtor has material control.** | | X | | **unknown** | | |
| ACCOUNT NO. **4003**<br>**City Of Kenosha**<br>**Office Of The City Treasurer**<br>**625 52nd Street, Room 105**<br>**Kenosha, WI  53140** | X | | **2009.  Possible vicarious liability for weed cutting and demolitionof the structure on the property known as 7611 25th Ave, Kenosha, WI, which property was managed by Helm Real Estate, LLC, an entity as to which Debtor has material control.** | | X | | **1,300.00** | **1,300.00** | |
| ACCOUNT NO. **0366**<br>**City Of Kenosha**<br>**Dept Of Neighborhood Servi. & Inspection**<br>**625 52nd St, Room 100**<br>**Kenosha, WI  53140** | X | | **2009.  Possible vicarious liability for housing code violations in the property known as 7611 28th Ave, Kenosha, WI, which property was purportedly managed by Helm Real Estate, LLC, an entity as to which Debtor has material control.** | | X | | **unknown** | | |

Sheet no. ____**2**____ of ____**4**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal (Totals of this page) | $ **1,300.00** | $ **1,300.00** | $ |
|---|---|---|---|---|
| (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | Total | $ | | |
| (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | Total | | $ | $ |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (04/10) – Cont.

**IN RE** Lundstrom, Eric Lee

| Debtor(s) | Case No. | (If known) |

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Taxes and Other Certain Debts Owed to Governmental Units

(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **0137** <br> **City Of Kenosha** <br> **Dept Of Neighborhood Servi. & Inspection** <br> **625 52nd St, Room 100** <br> **Kenosha, WI  53140** | X | | **2009, Possible vicarious liability for housing code violations in the property known as 1917 61st Street, Kenosha, WI, which property is owned by Helm Real Estate, LLC, an entity as to which Debtor has material control.** | | | | **unknown** | | |
| ACCOUNT NO. **2007** <br> **City Of Kenosha** <br> **Office Of The  City Treasurer** <br> **625 52nd Street, Room 105** <br> **Kenosha, WI  53140** | X | | **2009  Possible vicarious liability for trash and debris removal from the property known as 1917 61st Street, Kenosha, WI, which property was owned by Helm Real Estate, LLC, an entity as to which Debtor has material control.** | | | | **165.00** | **165.00** | |
| ACCOUNT NO. **0615** <br> **City Of Kenosha** <br> **Dept Of Neighborhood Serv. & Inspection** <br> **625 52nd St, Room 100** <br> **Kenosha, WI  53140** | X | | **2009.  Possible vicarious liability for housing code violations in the property known as 1822 63rd Street, Kenosha, WI, which property was owned by Helm Real Estate, LLC, an entity as to which Debtor has material control.** | | | X | **unknown** | | |
| ACCOUNT NO. **8182** <br> **City Of Kenosha Housing Violations** <br> **C/O Bill Richardson, Asst. City Atty** <br> **625 52nd Street** <br> **Kenosha, WI  53140** | X | | **2009.  Possible vicarious liability for housing code violations in structures owned by Debtor or Helm Real Estate, LLC., an entity as to which Debtor has a material degree of control** | | | X | **unknown** | | |
| ACCOUNT NO. **3485** <br> **City Of Kenosha Housing Violations** <br> **C/O Bill Richardson, Asst. City Atty** <br> **625 52nd Street** <br> **Kenosha, WI  53140** | X | | **2009.  Possible vicarious liability for housing code violations in structures owned by Debtor or Helm Real Estate, LLC., an entity as to which Debtor has a material degree of control** | | | X | **unknown** | | |
| ACCOUNT NO. **irSt** <br> **City Of Racine, Wisconsin** <br> **730 Washington Avenue** <br> **Racine, WI  53403** | X | | **2009 Possible vicarious liability for building maintenance code violations in the property known as 1840 St. Clair St., Racine, WI, which property was managed by Helm Real Estate, LLC, an entity as to which Debtor has material control.** | | | | **0.00** | | |

Sheet no. **3** of **4** continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal (Totals of this page) | $ **165.00** | $ **165.00** | $ |
|---|---|---|---|---|
| | Total (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ | | |
| | Total (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $ | $ |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (04/10) - Cont.

IN RE **Lundstrom, Eric Lee**                                          Case No. _____

_____
Debtor(s)                                                                              (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Taxes and Other Certain Debts Owed to Governmental Units
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **2429**<br>**City Of Racine, Wisconsin**<br>**730 Washington Avenue**<br>**Racine, WI  53403** | X | | **2009.  Possible vicarious liability for building code violations in the property known as 2352 Kinzie Ave, Racine, WI, which property was managed by Helm Real Estate, LLC, an entity as to which Debtor has material control.** | | | | 200.00 | 200.00 | |
| ACCOUNT NO. **stSt**<br>**County Of Kenosha**<br>**Division Of Health**<br>**8600 Sheridan Rd., Suite 600**<br>**Kenosha, WI  53143** | X | | Possible vicarious liability for environmental health code violations in the property known as 1917 61st Street, Kenosha, WI, which property was owned by Helm Real Estate, LLC, an entity as to which Debtor has material control. | | X | | 0.00 | | |
| ACCOUNT NO. **6019**<br>**Treasurer, CIty Of Kenosha**<br>**Room 105**<br>**625 52nd Street**<br>**Kenosha, WI  53140-3480** | X | | **2009 real estate taxes on property at 6218 32nd St formerly owned by debtor** | | | | 2,979.51 | 2,979.51 | |
| ACCOUNT NO. **0002**<br>**Treasurer, CIty Of Kenosha**<br>**Room 105**<br>**625 52nd Street**<br>**Kenosha, WI  53140-3480** | X | | **2009 Real Estate taxes on 3507 59th St., Kenosha, WI** | | | | 4,453.19 | 4,453.19 | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |

Sheet no. __**4**__ of __**4**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Totals of this page) | $ **7,632.70** | $ **7,632.70** | $ |
| Total (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ **10,247.70** | | |
| Total (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $ **10,247.70** | $ |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07)

IN RE **Lundstrom, Eric Lee** _____    Case No. _____
<center>Debtor(s)</center>                                                                         (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **6978**<br><br>**Advanta Bank Corp**<br>**PO Box 8088**<br>**Philadelphia, PA  19101-8088** | X | | **2009, credit card charges** | | | | **11,789.82** |
| ACCOUNT NO.<br><br>**Advanta Bank Corp**<br>**Re: Acct XXXX6978**<br>**Welsh & McKean Roads**<br>**Spring House, PA  19477-0844** | | | **Assignee or other notification for:**<br>**Advanta Bank Corp** | | | | |
| ACCOUNT NO.<br><br>**Allied International Credit Corp (US)**<br>**Advanta Acct # XXXX6978**<br>**100 Eastshore Dr., 3rd Floor**<br>**Glen Allen, VA  23059** | | | **Assignee or other notification for:**<br>**Advanta Bank Corp** | | | | |
| ACCOUNT NO. **9615**<br><br>**ALEC Visa**<br>**PO Box 96099**<br>**Charlotte, NC  28296-0099** | X | | **2009, credit card charges** | | | | **5,080.12** |

|  |  |
|---|---|
| _____**7**_____ continuation sheets attached | Subtotal (Total of this page)   $ **16,869.94** |
| | Total (Use only on last page of the completed Schedule F. Report also on the Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)   $ |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Lundstrom, Eric Lee**                                                    Case No. _____
_____
Debtor(s)                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **1007**<br>**American Express Blue For Business**<br>**American Express**<br>**Box 0001**<br>**Los Angelos, CA 90096-8000** | X | | **2009 Credit card charges** | | | | **4,167.20** |
| ACCOUNT NO.<br>**AlliedInterstate**<br>**Acct A59209004**<br>**3000 Corporate Exchange Dr. 5th Floor**<br>**Columbus, OH 43231** | | | **Assignee or other notification for:**<br>**American Express Blue For Business** | | | | |
| ACCOUNT NO.<br>**American Express**<br>**Re Am Ex Blue XXX41004**<br>**PO Box 297879**<br>**Ft. Lauderdale, FL 33329-7879** | | | **Assignee or other notification for:**<br>**American Express Blue For Business** | | | | |
| ACCOUNT NO.<br>**American Express Travel Related Services**<br>**Re: Am Ex Blue XXX 41007**<br>**P.O. Box 297858**<br>**Ft. Lauderdale, FL 33329-7879** | | | **Assignee or other notification for:**<br>**American Express Blue For Business** | | | | |
| ACCOUNT NO.<br>**Collectcorp**<br>**Re: Am Ex Blue XXXX 41007**<br>**P.O. Box 4947A**<br>**Birmngham, AL 35210-1928** | | | **Assignee or other notification for:**<br>**American Express Blue For Business** | | | | |
| ACCOUNT NO.<br>**Narionwide Credit, Inc**<br>**Am Ex Blue XXX41007**<br>**2115 Vaughn Rd, Suite 400**<br>**Kennesaw, GA 30144-7802** | | | **Assignee or other notification for:**<br>**American Express Blue For Business** | | | | |
| ACCOUNT NO. **2002**<br>**American Express Blue For Business**<br>**American Express**<br>**Box 0001**<br>**Los Angelos, CA 90096-8000** | | | **2009 Credit card debt** | | | | **4,300.00** |

Sheet no. ___**1**___ of ___**7**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                        $   **8,467.20**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)               $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Lundstrom, Eric Lee** _____  Case No. _____
        Debtor(s)                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**American Express**<br>**XXXX0-12002**<br>**PO Box 297879**<br>**Ft. Lauderdale, FL  33329-7879** | | | Assignee or other notification for:<br>American Express Blue For Business | | | | |
| ACCOUNT NO.<br>**American Express Travel Related Services**<br>**Re: XXXX0-12002**<br>**PO Box 297858**<br>**Ft. Laudedale, FL** | | | Assignee or other notification for:<br>American Express Blue For Business | | | | |
| ACCOUNT NO.<br>**Global Services Ltd. Partnership**<br>**Re:  Am Ex XXX0-12002**<br>**PO Box 46960 (066)**<br>**St. Louis, MI  63146** | | | Assignee or other notification for:<br>American Express Blue For Business | | | | |
| ACCOUNT NO. **7869**<br>**Capital One Bank (USA), N.A.**<br>**PO Box 6492**<br>**Carol Stream, IL  60197-6492** | | | **2009 Credit card charges** | | | | **7,520.18** |
| ACCOUNT NO.<br>**Capital One Bank (USA), N.A.**<br>**RE;:XXXX7869**<br>**PO Box 60599**<br>**City Of Industry, CA  91716-0599** | | | Assignee or other notification for:<br>Capital One Bank (USA), N.A. | | | | |
| ACCOUNT NO. **7842**<br>**Capital One Bank (USA), N.A.**<br>**PO Box 60599**<br>**City Of Industry, CA  91716-0599** | X | | **2009 Credit Card Charges** | | | | **5,558.02** |
| ACCOUNT NO.<br>**Capital One**<br>**RE: XXXXX7842**<br>**P.O. Box 71083**<br>**Charlotte, NC  28272-1083** | | | Assignee or other notification for:<br>Capital One Bank (USA), N.A. | | | | |

Sheet no. ___**2**___ of _____**7**_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    $    **13,078.20**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)    $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Lundstrom, Eric Lee**
_____
Debtor(s)

Case No. _____
(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Kohn Law Firm**<br>**File No. 621810**<br>**312 East Wisconsin Ave., Suite 501**<br>**Milwaukee, WI  53202-4305** | | | Assignee or other notification for:<br>**Capital One Bank (USA), N.A.** | | | | |
| ACCOUNT NO. **4807**<br>**Capital One Services LLC**<br>**C/O Nelson, Watson & Associates, LLC**<br>**PO Box 1299**<br>**Haverhill, MA  01830** | X | | **2009, credit card charges** | | | | **5,716.41** |
| ACCOUNT NO. **3421**<br>**Chase**<br>**Cardmember Service**<br>**PO Box 94014**<br>**Palatine, IL  60094-4014** | | | **2009 Credit card carges** | | | | **11,888.25** |
| ACCOUNT NO.<br>**Chase Cardmember Services**<br>**Re: Lundstrom Acct # XX3421**<br>**PO Box 15298**<br>**Wilmington, DE  19850-5298** | | | Assignee or other notification for:<br>**Chase** | | | | |
| ACCOUNT NO.<br>**Chase Cardmember Services**<br>**Re: Lundstrom Acct # XX3421**<br>**PO Box 15548**<br>**Wilmington, DE  19886-5548** | | | Assignee or other notification for:<br>**Chase** | | | | |
| ACCOUNT NO. **4380**<br>**Citi AAdvantage World Mastercard**<br>**Citi Cards**<br>**PO Box 688901**<br>**Des Moines, IA  50368-8901** | | | **2009 credit card charges** | | | | **19,000.00** |
| ACCOUNT NO.<br>**Rausch, Sturm, Israel, Ennerson & Hornik**<br>**File # 1027399**<br>**250 N. Sunnyslope, Suite 300**<br>**Brookfield, WI 53005** | | | Assignee or other notification for:<br>**Citi AAdvantage World Mastercard** | | | | |

Sheet no. ___3___ of ___7___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   $   **36,604.66**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Lundstrom, Eric Lee**

Debtor(s)                                                          Case No. _____
(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **8495**<br>**Citi PremierPass Card**<br>**Citi Cards Customer Service**<br>**Box 6000**<br>**The Lakes, NV 89163-6000** | | | **2009 credit card charges** | | | | **14,700.00** |
| ACCOUNT NO.<br>**Rausch, Sturm, Israel, Ennerson & Hornik**<br>**Kenosha Cty Case 10 CV 1190**<br>**250 N. Sunnyslope, Suite 300**<br>**Brookfield, WI 53005** | | | Assignee or other notification for:<br>**Citi PremierPass Card** | | | | |
| ACCOUNT NO. **3003**<br>**CitiCorp Credit Services-Citi Commercial**<br>**C/0 McCarthy, Burgess & Wolff**<br>**26000 Cannon Rd.**<br>**Cleveland, OH 44146** | X | | **2009 Business credit card** | | | | **1,543.20** |
| ACCOUNT NO.<br>**Northland Group Inc.**<br>**Re: Cltibank Acct #XXXX3003**<br>**PO Box 390905**<br>**Minneapolis, MN 55439** | | | Assignee or other notification for:<br>**CitiCorp Credit Services-Citi Commercial** | | | | |
| ACCOUNT NO. **7453**<br>**Discover Card**<br>**PO Box 6103**<br>**Carol Stream, IL 60197-6103** | | | **2009, credit card charges** | | | | **7,300.68** |
| ACCOUNT NO.<br>**Discover FInancial Services**<br>**Re: Lundstrom Acct # XX7453**<br>**PO Box 3008**<br>**New Albany, OH 43054-3008** | | | Assignee or other notification for:<br>**Discover Card** | | | | |
| ACCOUNT NO. **9956**<br>**Home Depot Business Rewards Mastercard**<br>**Home Depot Credit Services**<br>**PO Box 6925**<br>**The Lakes, NV 88901-6925** | X | | **2009, credit card charges** | | | | **7,705.61** |

Sheet no. ____**4**____ of ____**7**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **31,249.49**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Lundstrom, Eric Lee**                                                         Case No. _____
_____                                                    _____
Debtor(s)                                                                            (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**CITI**<br>**Re; Acct XXXX9956**<br>**PO Box 653097**<br>**Dallas, TX  75265** | | | Assignee or other notification for:<br>**Home Depot Business Rewards Mastercard** | | | | |
| ACCOUNT NO.<br>**Encore Receivable Management, Inc.**<br>**Encore Acct # 13274238**<br>**PO Box 1880**<br>**Southgate, MI  48195-0880** | | | Assignee or other notification for:<br>**Home Depot Business Rewards Mastercard** | | | | |
| ACCOUNT NO.<br>**McCarthy, Burgess & Wolfe**<br>**Acct 21267952**<br>**26000 Cannon Road**<br>**Cleveland, OH  44146** | | | Assignee or other notification for:<br>**Home Depot Business Rewards Mastercard** | | | | |
| ACCOUNT NO. **2000**<br>**Kenosha Water Utility**<br>**4401 Green Bay Rd**<br>**Kenosha, WI  53144** | | | **2009 Utility services for 3907 59th st., Kenosha, WI** | | | | 119.44 |
| ACCOUNT NO. **1000**<br>**Kenosha Water Utility**<br>**4401 Green Bay Rd**<br>**Kenosha, WI  53144** | | | **2009 Utility services for 6218 21st st., Kenosha, WI** | | | | 337.54 |
| ACCOUNT NO. **3003**<br>**KeyBank**<br>**PO Box 9004**<br>**Des Moines, IA  50368-9004** | X | | **2009, credit card charges** | | | | 1,642.77 |
| ACCOUNT NO. **8242**<br>**Lowe's**<br>**GE Money Bank, Attn.: Bankruptcy Dept.**<br>**PO Box 103104**<br>**Roswell, GA  30076** | | | **2009, Credit card charges** | | | | 100.07 |

Sheet no. ____**5**____ of ____**7**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **2,199.82**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Lundstrom, Eric Lee**                                           Case No. _____
_____              _____
                    Debtor(s)                                            (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Lowe's**<br>PO Box 530914<br>Atlanta, GA  30353-0914 | | | Assignee or other notification for:<br>Lowe's | | | | |
| ACCOUNT NO. **4499**<br>**Menards**<br>HSBC Retail Services Dept. 7680<br>Carol Stream, IL  60116-7680 | | | **2009, Credit card charges** | | | | 2,872.17 |
| ACCOUNT NO. **7064**<br>**Menards**<br>HSBC Business Solutions<br>PO Box 5219<br>Carol Stream, IL  60197-5219 | X | | **2010.  Credit card debt on account inthe name of Helm Real Estate LLC, an entity as to which Debtor has substantial control.  Debtor denies having used this credit card and has reported to issuaer that card was used fraudulently.** | | | X | 1,483.99 |
| ACCOUNT NO. **8986**<br>**Visa Signature**<br>Bank Of America<br>PO Box 15026<br>Wilmington, DE  19850-5026 | | | **2009 Credit card charges** | | | | 4,300.00 |
| ACCOUNT NO. **8560**<br>**We Energies**<br>P.O. Box 2089<br>Milwaukee, WI  53201-2089 | | | **2009 for utility services to investment real estate (3511 59th St., Kenosha, WI)** | | | | 190.43 |
| ACCOUNT NO.<br>**We Energies**<br>Re: Acct # 0809-238-560<br>P.O. Box 2046<br>Milwaukee, WI  53201-2046 | | | Assignee or other notification for:<br>We Energies | | | | |
| ACCOUNT NO.<br>**We Energies**<br>Re: Acct 0809-238-560<br>231 Michigan St.<br>Milwaukee, WI  53203 | | | Assignee or other notification for:<br>We Energies | | | | |

Sheet no. ____**6**____ of ____**7**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                $  **8,846.59**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)            $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Lundstrom, Eric Lee**                                           Case No. _____
                    Debtor(s)                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **0479** <br> **We Energies** <br> **P.O. Box 2089** <br> **Milwaukee, WI  53201-2089** | | | **2009 for utility services to investment real estate (3507 59th St., Kenosha, WI)** | | | | **93.93** |
| ACCOUNT NO. <br> **We Energies** <br> **Re: Acct 0641-210-479** <br> **P.O. Box 2046** <br> **Milwaukee, WI  53201-2046** | | | **Assignee or other notification for: We Energies** | | | | |
| ACCOUNT NO. **8714** <br> **We Energies** <br> **P.O. Box 2089** <br> **Milwaukee, WI  53201-2089** | | | **2009 for utility services to investment real estate (Upstairs, 2208 54th St., Kenosha, WI)** | | | | **8.68** |
| ACCOUNT NO. <br> **Financial Control Systems** <br> **Re: We Energies Acct 8890478714** <br> **P.O. Box 668** <br> **Germantown, WI  53022-0668** | | | **Assignee or other notification for: We Energies** | | | | |
| ACCOUNT NO. <br> **We Energies** <br> **Re: Acct # 8890-478-714** <br> **P.O. Box 2046** <br> **Milwaukee, WI  53201-2046** | | | **Assignee or other notification for: We Energies** | | | | |
| ACCOUNT NO. **8632** <br> **WorldPoints Bank Of America** <br> **WorldPoints Rewards For Business Card** <br> **PO Box 15710** <br> **Wilmington, DE  19886-5710** | | | **2009 charges on credit card** | | | | **25,000.00** |
| ACCOUNT NO. | | | | | | | |

Sheet no. __**7**__ of __**7**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **25,102.61**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $ **142,418.51**

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6G (Official Form 6G) (12/07)

IN RE **Lundstrom, Eric Lee**
_____
Debtor(s)

Case No. _____
(If known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Expert ATM, LLC**<br>**20900 60th Street**<br>**Bristol, IL  53104** | **Lease of 41 ATM machines** |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6H (Official Form 6H) (12/07)

IN RE **Lundstrom, Eric Lee**
_____
                    Debtor(s)                                                                Case No. _____
                                                                                                              (If known)

## SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Helm Real Estate, LLC**<br>**C/O Eric Lundstrom**<br>**3916 24th St**<br>**Kenosha, WI  53144** | **Fox River State Bank**<br>**Attn: Todd Schalinske**<br>**241 E. Jefferson St.**<br>**Burlington, WI  53105**<br><br>**Kenosha/Racine Lead Free Community**<br>**Partnership, C/O Anna McCreery**<br>**8600 Sheridan Rd.**<br>**Kenosha, WI  53143**<br><br>**CitiCorp Credit Services-Citi Commercial**<br>**C/0 McCarthy, Burgess & Wolff**<br>**26000 Cannon Rd.**<br>**Cleveland, OH  44146**<br><br>**American Express Blue For Business**<br>**American Express**<br>**Box 0001**<br>**Los Angelos, CA  90096-8000**<br><br>**Capital One Services LLC**<br>**C/O Nelson, Watson & Associates, LLC**<br>**PO Box 1299**<br>**Haverhill, MA  01830**<br><br>**Capital One Bank (USA), N.A.**<br>**PO Box 60599**<br>**City Of Industry, CA  91716-0599**<br><br>**Treasurer, CIty Of Kenosha**<br>**Room 105**<br>**625 52nd Street**<br>**Kenosha, WI  53140-3480**<br><br>**Treasurer, CIty Of Kenosha**<br>**Room 105**<br>**625 52nd Street**<br>**Kenosha, WI  53140-3480**<br><br>**Advanta Bank Corp**<br>**PO Box 8088**<br>**Philadelphia, PA  19101-8088**<br><br>**KeyBank**<br>**PO Box 9004**<br>**Des Moines, IA  50368-9004**<br><br>**Home Depot Business Rewards Mastercard**<br>**Home Depot Credit Services**<br>**PO Box 6925**<br>**The Lakes, NV  88901-6925** |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6H (Official Form 6H) (12/07) - Cont.

**IN RE** Lundstrom, Eric Lee                                                        Case No. _____
                                    Debtor(s)                                          (If known)

## SCHEDULE H - CODEBTORS
### (Continuation Sheet)

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | City Of Kenosha Housing Violations<br>C/O Bill Richardson, Asst. City Atty<br>625 52nd Street<br>Kenosha, WI  53140 |
| | City Of Kenosha Housing Violations<br>C/O Bill Richardson, Asst. City Atty<br>625 52nd Street<br>Kenosha, WI  53140 |
| | City Of Kenosha<br>Dept Of Neighborhood Servi. & Inspection<br>625 52nd St, Room 100<br>Kenosha, WI  53140 |
| | City Of Kenosha<br>Dept Of Neighborhood Serv. & Inspection<br>625 52nd St, Room 100<br>Kenosha, WI  53140 |
| | City Of Kenosha<br>Dept Of Neighborhood Servi. & Inspection<br>625 52nd St, Room 100<br>Kenosha, WI  53140 |
| | City Of Kenosha<br>Dept Of Neighborhood Servi. & Inspection<br>625 52nd St, Room 100<br>Kenosha, WI  53140 |
| | City Of Kenosha<br>Dept Of Neighborhood Servi. & Inspection<br>625 52nd St, Room 100<br>Kenosha, WI  53140 |
| | City Of Kenosha<br>Dept Of Neighborhood Servi. & Inspection<br>625 52nd St, Room 100<br>Kenosha, WI  53140 |
| | City Of Kenosha<br>Office Of The  City Treasurer<br>625 52nd Street, Room 105<br>Kenosha, WI  53140 |
| | City Of Kenosha<br>Office Of The City Treasurer<br>625 52nd Street, Room 105<br>Kenosha, WI  53140 |
| | County Of Kenosha<br>Division Of Health<br>8600 Sheridan Rd., Suite 600<br>Kenosha, WI  53143 |
| | City Of Racine, Wisconsin<br>730 Washington Avenue<br>Racine, WI  53403 |

B6H (Official Form 6H) (12/07) - Cont.

IN RE  Lundstrom, Eric Lee

_____    Case No. _____
Debtor(s)                                                    (If known)

## SCHEDULE H - CODEBTORS
### (Continuation Sheet)

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | **City Of Racine, Wisconsin**<br>**730 Washington Avenue**<br>**Racine, WI  53403**<br><br>**Menards**<br>**HSBC Business Solutions**<br>**PO Box 5219**<br>**Carol Stream, IL  60197-5219**<br><br>**Banks Of Wisconsin**<br>**5117 Green Bay Rd.**<br>**Kenosha, WI  53144** |
| **Joy Lundstrom**<br>**3916 24th**<br>**Kenosha, WI  53144-1365** | **Bank Of Elmwood**<br>**2704 Lathrop Avenue**<br>**Racine, WI  53405**<br><br>**ALEC Visa**<br>**PO Box 96099**<br>**Charlotte, NC  28296-0099**<br><br>**State Farm Bank**<br>**PO Box 5961**<br>**Madison, WI  53705** |
| **Michael R. Hensgen**<br>**6931 43rd Ave**<br>**Kenosha, WI  53143** | **Fox River State Bank**<br>**Attn: Todd Schalinske**<br>**241 E. Jefferson St.**<br>**Burlington, WI  53105**<br><br>**Kenosha/Racine Lead Free Community**<br>**Partnership, C/O Anna McCreery**<br>**8600 Sheridan Rd.**<br>**Kenosha, WI  53143**<br><br>**KeyBank**<br>**PO Box 9004**<br>**Des Moines, IA  50368-9004**<br><br>**City Of Kenosha Housing Violations**<br>**C/O Bill Richardson, Asst. City Atty**<br>**625 52nd Street**<br>**Kenosha, WI  53140**<br><br>**City Of Kenosha Housing Violations**<br>**C/O Bill Richardson, Asst. City Atty**<br>**625 52nd Street**<br>**Kenosha, WI  53140**<br><br>**City Of Kenosha**<br>**Dept Of Neighborhood Servi. & Inspection**<br>**625 52nd St, Room 100**<br>**Kenosha, WI  53140**<br><br>**City Of Kenosha**<br>**Dept Of Neighborhood Serv. & Inspection**<br>**625 52nd St, Room 100**<br>**Kenosha, WI  53140** |

B6H (Official Form 6H) (12/07) - Cont.

IN RE <u>Lundstrom, Eric Lee</u>                                                    Case No. _____
             Debtor(s)                                                                      (If known)

## SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | **City Of Kenosha**<br>**Dept Of Neighborhood Servi. & Inspection**<br>**625 52nd St, Room 100**<br>**Kenosha, WI  53140**<br><br>**City Of Kenosha**<br>**Dept Of Neighborhood Servi. & Inspection**<br>**625 52nd St, Room 100**<br>**Kenosha, WI  53140**<br><br>**City Of Kenosha**<br>**Dept Of Neighborhood Servi. & Inspection**<br>**625 52nd St, Room 100**<br>**Kenosha, WI  53140**<br><br>**City Of Kenosha**<br>**Dept Of Neighborhood Servi. & Inspection**<br>**625 52nd St, Room 100**<br>**Kenosha, WI  53140**<br><br>**City Of Kenosha**<br>**Office Of The  City Treasurer**<br>**625 52nd Street, Room 105**<br>**Kenosha, WI  53140**<br><br>**City Of Kenosha**<br>**Office Of The City Treasurer**<br>**625 52nd Street, Room 105**<br>**Kenosha, WI  53140**<br><br>**County Of Kenosha**<br>**Division Of Health**<br>**8600 Sheridan Rd., Suite 600**<br>**Kenosha, WI  53143**<br><br>**City Of Racine, Wisconsin**<br>**730 Washington Avenue**<br>**Racine, WI  53403**<br><br>**City Of Racine, Wisconsin**<br>**730 Washington Avenue**<br>**Racine, WI  53403**<br><br>**Banks Of Wisconsin**<br>**5117 Green Bay Rd.**<br>**Kenosha, WI  53144** |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6I (Official Form 6I) (12/07)

IN RE **Lundstrom, Eric Lee**                                    Case No. _____
                     Debtor(s)                                              (If known)

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on From 22A, 22B, or 22C.

| Debtor's Marital Status | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP(S):<br>**Son** | AGE(S):<br>**15 mo** |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation<br>Name of Employer<br>How long employed<br>Address of Employer | **Expert ATM**<br>**1 years**<br>**20900 60th**<br>**Bristol, IL  53104** | |

**INCOME:** (Estimate of average or projected monthly income at time case filed)            DEBTOR            SPOUSE

| | | DEBTOR | SPOUSE |
|---|---|---|---|
| 1. Current monthly gross wages, salary, and commissions (prorate if not paid monthly) | $ | 3,467.00 | $ |
| 2. Estimated monthly overtime | $ | | $ |
| **3. SUBTOTAL** | $ | **3,467.00** | $ |
| 4. LESS PAYROLL DEDUCTIONS | | | |
| a. Payroll taxes and Social Security | $ | 748.00 | $ |
| b. Insurance | $ | | $ |
| c. Union dues | $ | | $ |
| d. Other (specify) _____ | $ | | $ |
| | $ | | $ |
| **5. SUBTOTAL OF PAYROLL DEDUCTIONS** | $ | **748.00** | $ |
| **6. TOTAL NET MONTHLY TAKE HOME PAY** | $ | **2,719.00** | $ |
| 7. Regular income from operation of business or profession or farm (attach detailed statement) | $ | | $ |
| 8. Income from real property | $ | | $ |
| 9. Interest and dividends | $ | | $ |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | | $ |
| 11. Social Security or other government assistance | | | |
| (Specify) _____ | $ | | $ |
| | $ | | $ |
| 12. Pension or retirement income | $ | | $ |
| 13. Other monthly income | | | |
| (Specify) _____ | $ | | $ |
| | $ | | $ |
| | $ | | $ |
| **14. SUBTOTAL OF LINES 7 THROUGH 13** | $ | | $ |
| **15. AVERAGE MONTHLY INCOME** (Add amounts shown on lines 6 and 14) | $ | **2,719.00** | $ |

**16. COMBINED AVERAGE MONTHLY INCOME**: (Combine column totals from line 15; if there is only one debtor repeat total reported on line 15)            $            **2,719.00**

(Report also on Summary of Schedules and, if applicable, on
Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
**None**

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6J (Official Form 6J) (12/07)

IN RE <u>Lundstrom, Eric Lee</u>                                                    Case No. _____
             Debtor(s)                                                                                    (If known)

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made biweekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form22A or 22C.

☑ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ 650.00 |
|    a. Are real estate taxes included?   Yes ____ No ✓ | |
|    b. Is property insurance included?   Yes ____ No ✓ | |
| 2. Utilities: | |
|    a. Electricity and heating fuel | $ _____ |
|    b. Water and sewer | $ _____ |
|    c. Telephone | $ 75.00 |
|    d. Other _____ | $ _____ |
|    _____ | $ _____ |
| 3. Home maintenance (repairs and upkeep) | $ _____ |
| 4. Food | $ 700.00 |
| 5. Clothing | $ 125.00 |
| 6. Laundry and dry cleaning | $ _____ |
| 7. Medical and dental expenses | $ 50.00 |
| 8. Transportation (not including car payments) | $ 216.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ _____ |
| 10. Charitable contributions | $ _____ |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | |
|    a. Homeowner's or renter's | $ _____ |
|    b. Life | $ 35.00 |
|    c. Health | $ 175.00 |
|    d. Auto | $ 95.00 |
|    e. Other _____ | $ _____ |
|    _____ | $ _____ |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | |
|    (Specify) _____ | $ _____ |
|    _____ | $ _____ |
| 13. Installment payments: (in chapter 11, 12 and 13 cases, do not list payments to be included in the plan) | |
|    a. Auto | $ 497.00 |
|    b. Other _____ | $ _____ |
|    _____ | $ _____ |
| 14. Alimony, maintenance, and support paid to others | $ _____ |
| 15. Payments for support of additional dependents not living at your home | $ _____ |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ _____ |
| 17. Other _____ | $ _____ |
|    _____ | $ _____ |
|    _____ | $ _____ |

**18. AVERAGE MONTHLY EXPENSES** (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)    $ **2,618.00**

19. Describe any increase or decrease in expenditures anticipated to occur within the year following the filing of this document:
**None**

**20. STATEMENT OF MONTHLY NET INCOME**

| | |
|---|---:|
|    a. Average monthly income from Line 15 of Schedule I | $ 2,719.00 |
|    b. Average monthly expenses from Line 18 above | $ 2,618.00 |
|    c. Monthly net income (a. minus b.) | $ 101.00 |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6J (Official Form 6J) (12/07)

IN RE **Lundstrom, Eric Lee** _____    Case No. _____
                           Debtor(s)                                    (If known)

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made biweekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

<div style="text-align:right">**SPOUSE**</div>

1. Rent or home mortgage payment (include lot rented for mobile home)      $ _____
    a. Are real estate taxes included?   Yes ____ No __✓__
    b. Is property insurance included?   Yes ____ No __✓__
2. Utilities:
    a. Electricity and heating fuel      $ _____
    b. Water and sewer      $ _____
    c. Telephone      $ _____
    d. Other _____      $ _____
    _____      $ _____
3. Home maintenance (repairs and upkeep)      $ _____
4. Food      $ _____
5. Clothing      $ _____
6. Laundry and dry cleaning      $ _____
7. Medical and dental expenses      $ _____
8. Transportation (not including car payments)      $ _____
9. Recreation, clubs and entertainment, newspapers, magazines, etc.      $ _____
10. Charitable contributions      $ _____
11. Insurance (not deducted from wages or included in home mortgage payments)
    a. Homeowner's or renter's      $ _____
    b. Life      $ _____
    c. Health      $ _____
    d. Auto      $ _____
    e. Other _____      $ _____
    _____      $ _____
12. Taxes (not deducted from wages or included in home mortgage payments)
    (Specify) _____      $ _____
    _____      $ _____
13. Installment payments: (in chapter 11, 12 and 13 cases, do not list payments to be included in the plan)
    a. Auto      $ _____
    b. Other _____      $ _____
    _____      $ _____
14. Alimony, maintenance, and support paid to others      $ _____
15. Payments for support of additional dependents not living at your home      $ _____
16. Regular expenses from operation of business, profession, or farm (attach detailed statement)      $ _____
17. Other _____      $ _____
    _____      $ _____
    _____      $ _____

**18. AVERAGE MONTHLY EXPENSES** (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.      $ _____

19. Describe any increase or decrease in expenditures anticipated to occur within the year following the filing of this document:
**Spouse mainains a separae household paid for be spouse's separate income**

**20. STATEMENT OF MONTHLY NET INCOME**
    a. Average monthly income from Line 15 of Schedule I      $ _____ **0.00**
    b. Average monthly expenses from Line 18 above      $ _____ **0.00**
    c. Monthly net income (a. minus b.)      $ _____ **0.00**

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6 Declaration (Official Form 6 - Declaration) (12/07)

IN RE **Lundstrom, Eric Lee**
_____          Case No. _____
Debtor(s)                                                                                      (If known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____**32** sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: **July  2, 2010**_____          Signature: **/s/ Eric Lee Lundstrom**_____
                                                                                        **Eric Lee Lundstrom**                                          Debtor

Date: _____          Signature: _____
                                                                                                                                        (Joint Debtor, if any)
                                                                                        [If joint case, both spouses must sign.]

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____          _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer          Social Security No. (Required by 11 U.S.C. § 110.)

_If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document._

_____
_____
Address

_____          _____
Signature of Bankruptcy Petition Preparer                                                      Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

_If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person._

_A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156._

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ (the president or other officer or an authorized agent of the corporation or a

member or an authorized agent of the partnership) of the _____
(corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets (_total shown on summary page plus 1_), and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____          Signature: _____

                                                                                        _____
                                                                                        (Print or type name of individual signing on behalf of debtor)

_[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]_

_Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571._

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B7 (Official Form 7) (04/10)

## United States Bankruptcy Court
## Northern District of Illinois

IN RE:                                                          Case No. _____

Lundstrom, Eric Lee
_____    Chapter **7** _____
                        Debtor(s)

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### *DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

### 1. Income from employment or operation of business

None ☐    State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|--------|--------|
| 20,800.00 | 2010 income YTD |
| 0.00 | 2009 Income.  Return has not yet been filed.  Amount of income unknown |
| -3,000.00 | 2008 Income |

---

### 2. Income other than from employment or operation of business

None ☑    State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 3. Payments to creditors
*Complete a. or b., as appropriate, and c.*

None ☑    *a. Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

None ☑ *b. Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850.* If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

*\* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

None ☑ *c. All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☐ a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **U.S. Bank NA as Trustee, c/o SunTrust Mortgage, Inc.  v. Lundstrom 09 CV 2791** | **Mortgage Foreclosure** | **Circuit Court of Kenosha County, Wisconsin, 912 56th Street, Kenosha, WI  53140** | **Pending** |
| **Citibank (South Dakota) N.A. (re: Citl PremierPass Card) v. Lundstrom  10 CV 1190** | **Collection** | **Circuit Court of Kenosha County, WI, 912 56th Street, Kenosha, WI 53140** | **Pending** |
| **First Banking Center v. Expert Enterprises, LLC, Michael R. Hensgen and Eric L. Lundstrom, Case Number 09 CV 1973** | **Collection** | **Circuit Court of Kenosha County, Wisconsin, Kenosha, WI** | **Settled in November, 2009 with a refinance** |
| **Fox River State Bankv. Helm Real Estate LLC, Eric L. Lundstrom, Michael R Hensgen, and Kenosha/Racine Lead Free Community Partnership  09 CV 3049** | **Mortgage Foreclosure** | **The Circuit Court of Kenosha County, Wisconsin, Kenosha, WI** | **Foreclosure sale pending** |
| **First Banking Center v. Helm Real Estate, LLC, Michael R. Hensgen, and Eric L. Lundstrom 09 CV 1983** | **Mortgage foreclosure** | **The Circuit Court of Kenosha County, Kenosha County, WI** | **Settled by Plaintiff agreeing to short sale of subject property** |

None ☑ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**5. Repossessions, foreclosures and returns**

None ☐ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **First Banking Center 8700 75th Street Kenosha, WI  53142** | **Nov, 2009** | **12 properies sold at short sale.  Bank compromised lien from $1,200,000.00 for payment of $600,000.00 minus prorations** |

**6. Assignments and receiverships**

None ☑ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and joint petition is not filed.)

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

None ☑ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**7. Gifts**

None ☑ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**8. Losses**

None ☑ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case**. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**9. Payments related to debt counseling or bankruptcy**

None ☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| Daniel K. Sinclair<br>4170 Old Grand Ave.<br>Gurnee, IL  60031 | July, 2010 | 3,500.00 |

**10. Other transfers**

None ☐ a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
| --- | --- | --- |
| Eric Belongia<br>6113 14th Ave<br>Kenosha, WI  53143<br>None | Nov, 2009 | 12 properies mortgaged to First BAnking Center, sold via short sale |
| Expert ATM LLC<br>20900 60th St<br>Bristol, WI  53104 | July, 2009 | 100% interest in Expert Enterprises, LLC, an ATM machine business |

None ☑ b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

**11. Closed financial accounts**

None ☐ List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE AND NUMBER OF ACCOUNT AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |
| Franklin Templeton Investments<br>3344 Quality Dr., PO Box 2258<br>Rancho Cordova, CA  95741-2258 | 198-19811559499<br>Savings Account (IRA) | July, 2009  45,300.00 |
| Bank Mutual<br>6310 Green Bay Rd<br>Kenosha, WI  5312 | Checking Acct # 759-5010098 | Oct, 2009  $4500.00 |

**12. Safe deposit boxes**

None ☑ List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**13. Setoffs**

None ☑ List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**14. Property held for another person**

None ☑ List all property owned by another person that the debtor holds or controls.

**15. Prior address of debtor**

None ☐ If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| **3916 24th St., Kenosha, WI  53144** | | **May, 2007 - April, 2009** |

**16. Spouses and Former Spouses**

None ☐ If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME
**Joy Lundstrom**

**17. Environmental Information**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None ☑ a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

None ☑ b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None ☑ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**18. Nature, location and name of business**

None ☐    a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Helm Real Estate, LLC** | **06-1736425** | **PO Box 1104 Kenosha, WI  53141** | **Real Estate ownership and management** | **2004 to present** |
| **Expert Enterprises, LLC** | **41-2140291** | **3916 24th St Kenosha, WI  53144** | **ATM machine operations** | **2004 until July, 2009** |

None ☑    b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None ☐    a. List all bookkeepers and accountants who within the **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS          DATES SERVICES RENDERED
**John Parrish**          **prior to 2008 through the present**
**Parrish & Freitag, Ltd.**
**24418 75th St, Suite B**
**Paddock Lake, WI  53168**

None ☑    b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

None ☐    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME AND ADDRESS
**Joy Lundstrom**
**3916 24th**
**Kenosha, WI  53144-1365**

None ☐    d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the **two years** immediately preceding the commencement of the case by the debtor.

NAME AND ADDRESS          DATE ISSUED

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**First Banking Center**                  Nov, 2009
**8700 75th Street**
**Kenosha, WI  53142**

**Fox River State Bank**                  Dec, 2008
**241 E. Jefferson St.**
**Burlington, WI  53105**

**Banks Of Wisconsin**                    Feb 2008
**5117 Green Bay Rd.**
**Kenosha, WI  53144**

**Bank Of Elmwood**                       2007
**2704 Lathrop Avenue**
**Racine, WI  53405**

### 20. Inventories

None ☑ a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

None ☑ b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

### 21. Current Partners, Officers, Directors and Shareholders

None ☑ a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

None ☑ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

### 22. Former partners, officers, directors and shareholders

None ☑ a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

None ☑ b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

### 23. Withdrawals from a partnership or distributions by a corporation

None ☑ If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

### 24. Tax Consolidation Group

None ☑ If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

### 25. Pension Funds.

None ☑ If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date: **July  2, 2010**                Signature    ***/s/ Eric Lee Lundstrom***
                                    of Debtor
                                                                    **Eric Lee Lundstrom**

Date: _____        Signature    _____
                                    of Joint Debtor
                                    (if any)

_____**0** continuation pages attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. § 152 and 3571.*

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B8 (Official Form 8) (12/08)

## United States Bankruptcy Court
## Northern District of Illinois

**IN RE:**                                                    Case No. _____

**Lundstrom, Eric Lee** _____    Chapter **7** _____

<div align="center">Debtor(s)</div>

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A** – Debts secured by property of the estate. *(Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)*

| Property No. 1 | |
| --- | --- |
| **Creditor's Name:**<br>**EMC Mortgage Corporation** | **Describe Property Securing Debt:**<br>**3507-11 59th Street, Kenosha, WI** |

Property will be *(check one)*:
- [x] Surrendered  [ ] Retained

If retaining the property, I intend to *(check at least one)*:
- [ ] Redeem the property
- [ ] Reaffirm the debt
- [ ] Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
- [ ] Claimed as exempt  [x] Not claimed as exempt

| Property No. 2 (if necessary) | |
| --- | --- |
| **Creditor's Name:**<br>**First Banking Center** | **Describe Property Securing Debt:**<br>**41 Automatic Teller Machines (ATM).  Owned by debtor, but l** |

Property will be *(check one)*:
- [ ] Surrendered  [x] Retained

If retaining the property, I intend to *(check at least one)*:
- [ ] Redeem the property
- [ ] Reaffirm the debt
- [x] Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
- [ ] Claimed as exempt  [x] Not claimed as exempt

**PART B** – Personal property subject to unexpired leases. *(All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)*

| Property No. 1 | | |
| --- | --- | --- |
| **Lessor's Name:**<br>**Expert ATM, LLC** | **Describe Leased Property:**<br>**Lease of 41 ATM machines** | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2):<br>[x] Yes [ ] No |

| Property No. 2 (if necessary) | | |
| --- | --- | --- |
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2):<br>[ ] Yes [ ] No |

___**1** continuation sheets attached *(if any)*

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date: _____**July  2, 2010**_____    **/s/ Eric Lee Lundstrom** _____
                                         Signature of Debtor

                                         _____
                                         Signature of Joint Debtor

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B8 (Official Form 8) (12/08)

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION
### *(Continuation Sheet)*

**PART A** – Continuation

| Property No. 3 | |
|---|---|
| **Creditor's Name:**<br>**Polaris StarCard** | **Describe Property Securing Debt:**<br>**2008 Polaris Sportsman snowmobile** |

Property will be *(check one)*:
☐ Surrendered   ☑ Retained

If retaining the property, I intend to *(check at least one)*:
☐ Redeem the property
☐ Reaffirm the debt
☑ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
☐ Claimed as exempt   ☑ Not claimed as exempt

| Property No. 4 | |
|---|---|
| **Creditor's Name:**<br>**SunTrust Mortgage, Inc.** | **Describe Property Securing Debt:**<br>**3507-11 59th Street, Kenosha, WI** |

Property will be *(check one)*:
☑ Surrendered   ☐ Retained

If retaining the property, I intend to *(check at least one)*:
☐ Redeem the property
☐ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
☐ Claimed as exempt   ☑ Not claimed as exempt

| Property No. 5 | |
|---|---|
| **Creditor's Name:**<br>**Volkswagon Credit** | **Describe Property Securing Debt:**<br>**2009 Volkswagon Jetta motor vehicle** |

Property will be *(check one)*:
☑ Surrendered   ☐ Retained

If retaining the property, I intend to *(check at least one)*:
☐ Redeem the property
☐ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
☐ Claimed as exempt   ☑ Not claimed as exempt

**PART B** – Continuation

| Property No. | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be assumed pursuant to<br>11 U.S.C. § 365(p)(2):<br>☐ Yes  ☐ No |

| Property No. | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be assumed pursuant to<br>11 U.S.C. § 365(p)(2):<br>☐ Yes  ☐ No |

Continuation sheet ___**1**___ of ___**1**___

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**Northern District of Illinois**

IN RE:                                                    Case No. _____

Lundstrom, Eric Lee _____   Chapter **7** _____
                              Debtor(s)

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors _____ **78**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date: **July  2, 2010** _____   **/s/ Eric Lee Lundstrom** _____
                                           Debtor

                                           _____
                                           Joint Debtor

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Lundstrom, Eric Lee
1201 Oriole Court
Antioch, IL  60002

American Express Blue For Business
American Express
Box 0001
Los Angelos, CA  90096-8000

Capital One Services LLC
C/O Nelson, Watson & Associates, LLC
PO Box 1299
Haverhill, MA  01830

Sinclair Law Offices
4170 Old Grand Ave.
Gurnee, IL  60031

American Express Travel Related Services
Re:  Am Ex Blue XXX 41007
P.O. Box 297858
Ft. Lauderdale, FL  33329-7879

Chase
Cardmember Service
PO Box 94014
Palatine, IL  60094-4014

Advanta Bank Corp
PO Box 8088
Philadelphia, PA  19101-8088

BAC Home Loans Servicing, LP
P.O.Box  650070
Dallas, TX  75265-0070

Chase Cardmember Services
Re: Lundstrom Acct # XX3421
PO Box 15298
Wilmington, DE  19850-5298

Advanta Bank Corp
Re: Acct XXXX6978
Welsh & McKean Roads
Spring House, PA  19477-0844

BAC Home Loans Servicing, LP
PO Box 650225
Dallas, TX  75265-0225

Chase Cardmember Services
Re: Lundstrom Acct # XX3421
PO Box 15548
Wilmington, DE  19886-5548

ALEC Visa
PO Box 96099
Charlotte, NC  28296-0099

Bank Of Elmwood
2704 Lathrop Avenue
Racine, WI  53405

CITI
Re; Acct XXXX9956
PO Box 653097
Dallas, TX  75265

Allied International Credit Corp (US)
Advanta Acct # XXXX6978
100 Eastshore Dr., 3rd Floor
Glen Allen, VA  23059

Banks Of Wisconsin
5117 Green Bay Rd.
Kenosha, WI  53144

Citi AAdvantage World Mastercard
Citi Cards
PO Box 688901
Des Moines, IA  50368-8901

AlliedInterstate
Acct A59209004
3000 Corporate Exchange Dr. 5th Floor
Columbus, OH  43231

Capital One
RE: XXXXX7842
P.O. Box 71083
Charlotte, NC  28272-1083

Citi PremierPass Card
Citi Cards Customer Service
Box 6000
The Lakes, NV  89163-6000

America's Servicing Company
Return Mail Operations
PO Box 10388
Des Moines, IA  50306-0388

Capital One Bank (USA), N.A.
PO Box 6492
Carol Stream, IL  60197-6492

CitiCorp Credit Services-Citi Commercial
C/0 McCarthy, Burgess & Wolff
26000 Cannon Rd.
Cleveland, OH  44146

American Express
Re Am Ex Blue XXX41004
PO Box 297879
Ft. Lauderdale, FL  33329-7879

Capital One Bank (USA), N.A.
PO Box 60599
City Of Industry, CA  91716-0599

City Of Kenosha
Dept Of Neighborhood Servi. & Inspection
625 52nd St, Room 100
Kenosha, WI  53140

American Express
XXXX0-12002
PO Box 297879
Ft. Lauderdale, FL  33329-7879

Capital One Bank (USA), N.A.
RE;:XXXX7869
PO Box 60599
City Of Industry, CA  91716-0599

City Of Kenosha
Dept Of Neighborhood Serv. & Inspection
625 52nd St, Room 100
Kenosha, WI  53140

**City Of Kenosha**
**Office Of The  City Treasurer**
**625 52nd Street, Room 105**
**Kenosha, WI  53140**

**Encore Receivable Management, Inc.**
**Encore Acct # 13274238**
**PO Box 1880**
**Southgate, MI  48195-0880**

**Kenosha Water Utility**
**4401 Green Bay Rd**
**Kenosha, WI  53144**

**City Of Kenosha**
**Office Of The City Treasurer**
**625 52nd Street, Room 105**
**Kenosha, WI  53140**

**Expert ATM, LLC**
**20900 60th Street**
**Bristol, IL  53104**

**Kenosha/Racine Lead Free Community**
**Partnership, C/O Anna McCreery**
**8600 Sheridan Rd.**
**Kenosha, WI  53143**

**City Of Kenosha Housing Violations**
**C/O Bill Richardson, Asst. City Atty**
**625 52nd Street**
**Kenosha, WI  53140**

**Financial Control Systems**
**Re: We Energies Acct 8890478714**
**P.O. Box 668**
**Germantown, WI  53022-0668**

**KeyBank**
**PO Box 9004**
**Des Moines, IA  50368-9004**

**City Of Racine, Wisconsin**
**730 Washington Avenue**
**Racine, WI  53403**

**First Banking Center**
**8700 75th Street**
**Kenosha, WI  53142**

**Kohn Law Firm**
**File No. 621810**
**312 East Wisconsin Ave., Suite 501**
**Milwaukee, WI  53202-4305**

**Collectcorp**
**Re: Am Ex Blue  XXXX 41007**
**P.O. Box 4947A**
**Birmngham, AL  35210-1928**

**First Magnus Financial Corporation**
**Acct# XXXX0233**
**One Tower Lane, Suite 110**
**Oak Brook Terrace, IL  60181**

**Lowe's**
**GE Money Bank, Attn.: Bankruptcy Dept.**
**PO Box 103104**
**Roswell, GA  30076**

**Countrywide Home Loans, Inc.**
**Acct # XXX4218**
**PO Box 660694**
**Dallas, TX  75266-0694**

**Fox River State Bank**
**Attn: Todd Schalinske**
**241 E. Jefferson St.**
**Burlington, WI  53105**

**Lowe's**
**PO Box 530914**
**Atlanta, GA  30353-0914**

**County Of Kenosha**
**Division Of Health**
**8600 Sheridan Rd., Suite 600**
**Kenosha, WI  53143**

**Global Services Ltd. Partnership**
**Re:  Am Ex XXX0-12002**
**PO Box 46960 (066)**
**St. Louis, MI  63146**

**Marie M. Flannery, Kohner,Mann, Et. Al.**
**Kenosha Case No 09 CV 3100**
**4650 N. Port Washington Road**
**Milwaukee, WI  53212-1059**

**Discover Card**
**PO Box 6103**
**Carol Stream, IL  60197-6103**

**Home Depot Business Rewards Mastercard**
**Home Depot Credit Services**
**PO Box 6925**
**The Lakes, NV  88901-6925**

**McCarthy, Burgess & Wolfe**
**Acct 21267952**
**26000 Cannon Road**
**Cleveland, OH  44146**

**Discover FInancial Services**
**Re: Lundstrom Acct # XX7453**
**PO Box 3008**
**New Albany, OH  43054-3008**

**James Edwards**
**3507 59th St**
**Kenosha, WI  53143**

**Menards**
**HSBC Retail Services Dept. 7680**
**Carol Stream, IL  60116-7680**

**EMC Mortgage Corporation**
**EMC Payment Processing**
**PO Box 660753**
**Dallas, TX  75266-0753**

**JP Morgan Chase, F/K/A WaMu**
**P.O. Box 100576**
**Florence, SC  29502-0576**

**Menards**
**HSBC Business Solutions**
**PO Box 5219**
**Carol Stream, IL  60197-5219**

Michael Riley- Gray & Associates, LLP
Re; Kenosha Case 09 CV 2791
16345 West Glendale Drive
New Berlin, WI  53151-2841

Treasurer, City Of Kenosha
Room 105
625 52nd Street
Kenosha, WI  53140-3480

Narionwide Credit, Inc
Am Ex Blue XXX41007
2115 Vaughn Rd, Suite 400
Kennesaw, GA  30144-7802

Visa Signature
Bank Of America
PO Box 15026
Wilmington, DE  19850-5026

Northland Group Inc.
Re: Cltibank Acct #XXXX3003
PO Box 390905
Minneapolis, MN  55439

Volkswagon Credit
P.O. Box 17497
Baltimore, MD  21297-1497

Polaris StarCard
HSBC Retail Services
Dept 7680
Carol Stream, IL  60116-7680

We Energies
P.O. Box 2089
Milwaukee, WI  53201-2089

Rausch, Sturm, Israel, Ennerson & Hornik
Kenosha Cty Case 10 CV 1190
250 N. Sunnyslope, Suite 300
Brookfield, WI  53005

We Energies
Re: Acct # 0809-238-560
P.O. Box 2046
Milwaukee, WI  53201-2046

Rausch, Sturm, Israel, Ennerson & Hornik
File # 1027399
250 N. Sunnyslope, Suite 300
Brookfield, WI  53005

We Energies
Re: Acct 0809-238-560
231 Michigan St.
Milwaukee, WI  53203

Sandy Majors
3511 59th St
Kenosha, WI  53143

We Energies
Re: Acct 0641-210-479
P.O. Box 2046
Milwaukee, WI  53201-2046

State Farm Bank
PO Box 5961
Madison, WI  53705

We Energies
Re: Acct # 8890-478-714
P.O. Box 2046
Milwaukee, WI  53201-2046

SunTrust Mortgage, Inc.
PO Box 79041
Baltimore, MD  21279-0042

William N. Foshag - Gray & Associates LL
Re: Kenosha Cty Case 09 CV 2791
600 N. Broadway, Suite 300
Milwaukee, WI  53202-5009

Todd Terry C/0 Lloyd, Phenicie, Et. Al.
Kenosha County Case No 09 CV 3049
432 Milwaukee, Ave., PO Box 700
Burlington, WI  53105

WorldPoints Bank Of America
WorldPoints Rewards For Business Card
PO Box 15710
Wilmington, DE  19886-5710

## United States Bankruptcy Court
## Northern District of Illinois

IN RE:                                                                   Case No. _____

__Lundstrom, Eric Lee_____   Chapter **7**_____
                          Debtor(s)

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within
    one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation
    of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____**3,500.00**

    Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____**3,500.00**

    Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____**0.00**

2.  The source of the compensation paid to me was:  ☑ Debtor  ☐ Other (specify):

3.  The source of compensation to be paid to me is:  ☐ Debtor  ☐ Other (specify):

4.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement,
    together with a list of the names of the people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  ~~Representation of the debtor in adversary proceedings and other contested bankruptcy matters;~~
    e.  [Other provisions as needed]
    **None**

6.  By agreement with the debtor(s), the above disclosed fee does not include the following services:
    **None**

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

---

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy
proceeding.

_____**July  2, 2010**_____          _**/s/ Daniel K. Sinclair**_____
            Date                                **Daniel K. Sinclair Illinois**
                                                **Sinclair Law Offices**
                                                **4170 Old Grand Ave.**
                                                **Gurnee, IL  60031**

                                                **dks1973@hotmail.com**